# **GROUP EXHIBIT B**
(Frontline and Receiver Information)

Joshua E. Joseph

Frontline Real Estate Partners, LLC         Phone:  (847) 770-6262
707 Skokie Blvd, Suite 580                  Cell:     (847) 212-5842
Northbrook, IL  60062                       jjoseph@frontlinerepartners.com

---

### *Employment History*

| | |
|---|---|
| 2010-Present | Frontline Real Estate Partners, LLC |
| | Founding Partner, Principal |
| | |
| 2001 – 2010 | Hilco Real Estate, LLC |
| | Principal and Senior Vice President |
| | |
| 1997 – 2001 | Mid-America Real Estate Corp. |
| | Senior Associate, Investment Sales |

### *Education*

| | |
|---|---|
| 1992 – 1997 | University of Illinois (Champaign and Chicago) |
| | Bachelor of Arts Degree, English and French Literature |

### *Professional Licensing*

| | |
|---|---|
| 1998 | Licensed Real Estate Broker |

### *Scope of Experience*

At Frontline Real Estate Partners, we provide restructuring, disposition, leasing, and management services including: receiverships, mortgagee-in-possessions, chief restructuring officer positions, expert witness testimony in litigation between banks and borrowers, property disposition, leasing, and management services, lease restructuring and termination services and acquire fee-owned and leasehold properties as a principal.  Over the past 18 years, I have overseen the disposition of owned and leased properties in excess of $600.0 million and have acted as a principal in real estate transactions in excess of $150.0 million.  Some of the larger projects included the exclusive representation of MCI/WorldCom, Interstate Bakery Corporation, Cooker Restaurants, Lone Star Steakhouse, Bally Total Fitness, and many others.  Asset types I have been involved with include shopping centers, gas stations, convenience stores, bank branches, restaurants, data centers, office buildings, industrial buildings/warehouses, multifamily, medical office properties, and land.  We currently represent numerous clients including lenders, privately held companies, and individuals related to their real estate needs.

A sample of Frontline's 2010-2014 (year-to-date) transactions include:

**Receivership**
- Court-appointed receiver of occupied 90,000 square foot industrial building in Mundelein, IL
- Court-appointed receiver of 12,000 square foot industrial building in Arlington Heights, IL
- Court-appointed receiver of an operating bowling alley in Antioch, IL
- Court-appointed receiver of a 30,000 square foot industrial building in Schaumburg, IL
- Court-appointed receiver of a shopping center in New Lenox, IL
- Court-appointed receiver of a shopping center in Chicago, IL
- Court-appointed receiver of a single story unoccupied office building in Bloomingdale, IL
- Court-appointed receiver of vacant single family home in Cary, IL

- Court-appointed receiver of a partially occupied single story flex 12000 square foot warehouse/office Crystal Lake, IL
- Court-appointed receiver of a fully leased single story flex warehouse/office building in Aurora, IL
- Court-appointed receiver of a private golf club in Lake Barrington Shores, IL
- Court-appointed receiver of a vacant 240 room hotel in Harvey, IL
- Court-appointed receiver of a residential condominium in Chicago Ridge, IL
- Court-appointed receiver of a vacant mixed-use commercial and residential property in Chicago, IL
- Court-appointed receiver of a 45,488 square foot shopping center in Mishawaka, IN
- Court-appointed receiver of a three building 270,000 square foot office complex in Chicago, IL
- Court-appointed receiver of a day care facility in Mt. Prospect, IL
- Court-appointed receiver of a banquet hall facility in Chicago suburbs
- Court-appointed receiver of a gas station in Rockford, IL
- Court-appointed receiver of a 500+ unit self-storage facility in Romeoville, IL
- Court-appointed receiver of a 8 building industrial park featuring 40 commercial condos in Gurnee, IL
- Court-appointed receiver of a mixed-used commercial and residential property in Chicago, IL
- Court-appointed receiver of a vacant three building property on 13 acres in Morris, IL
- Receiver on portfolio of 5 medical office properties in Phoenix, AZ
- Court-appointed receiver of a medical office property in Mt. Prospect, IL
- Court-appointed receiver of a USDA-approved food facility in Chicago, IL
- Court-appointed receiver of a vacant industrial warehouse facility in Chicago, IL

**Mortgagee-In-Possession**

- Mortgagee-In-Possession of an operating 245 bed hotel (Days Inn) in Macomb, IL
- Mortgagee-In-Possession of a single tenant daycare facility in Plano, IL
- Mortgagee-In-Possession of a single tenant Curves health and fitness center in Yorkville, IL
- Mortgagee-In-Possession of a closed grocery store in Polo, IL
- Mortgagee-In-Possession of a vacant industrial building in Somonauk, IL
- Mortgagee-In-Possession of a vacant single family home in Somonauk, IL

**Chief Restructuring Officer**

- CRO for the Receivership of Wextrust Capital, a ponzi scheme that raised in excess of $300.0 million from investors. Properties include office buildings, industrial buildings, hotels, and shopping centers.

**Asset Disposition**

- Broker on disposition of shopping center in Mishawaka, IN
- Broker on disposition of shopping center in Calumet Park, IL
- Broker on disposition of shopping center in Joliet, IL
- Broker on disposition of shopping center in Bolingbrook, IL
- Broker on disposition of shopping center in North Aurora, IL
- Broker on disposition of shopping center in West Chicago, IL
- Broker on disposition of shopping center in New Lenox, IL
- Broker on disposition of shopping center in Oswego, IL
- Broker on disposition of shopping center in Aurora, IL

- Broker on disposition of shopping center in Lansing, IL
- Broker on disposition of shopping center in Lake In The Hills, IL
- Broker on disposition of shopping center in Hanover Park, IL
- Broker on disposition of shopping center in Milwaukee, WI
- Broker on disposition of shopping center in Sturtevant, WI
- Broker on disposition of gas stations located in Hanover Park, Park Ridge, Des Plaines, and Peru, IL
- Broker on disposition of 11 Ruby Tuesday restaurants in Chicagoland area and downstate Illinois
- Broker on disposition of 70 Kentucky Fried Chicken and Taco Bell restaurants across five (5) states
- Broker on disposition of 25 Popeye's Chicken restaurants in Louisiana and Alabama
- Broker on disposition of former car wash facility in Huntley, IL
- Broker on disposition of closed 9,200 square foot restaurant in Homewood, IL
- Broker on disposition of 136 acre parcel of land in Crown Point, IN
- Broker on disposition of 52 acre parcel of land in Sandwich, IL
- Broker on disposition of 5 acre parcel of land in Oswego, IL
- Broker on disposition of 15,050 square foot medical office building in Westmont, IL
- Broker on disposition of 72,000 square foot vacant office buidling in Waukesha, WI
- Broker on disposition of 22,000 square foot vacant sporting goods building in Tinley Park, IL
- Broker on disposition of 4,600 square foot closed restaurant in Mt. Prospect, IL
- Broker on disposition of commercial condo in Frankfort, IL
- Broker on disposition of 11,000 square foot vacant office/warehouse facility Elk Grove, IL
- Broker on disposition of 28 multi-family complex in Channahon, IL
- Broker on disposition of 12 residential condos in Chicago, IL
- Broker on disposition of closed 12,000 square foot restaurant in Mt. Prospect, IL
- Broker on disposition of vacant 11,000 square foot office/industrial building in Addison, IL
- Broker on disposition of closed 10,000 square foot bank branch in Lisle, IL
- Broker on disposition of retail development in Glenview, IL
- Broker on disposition of single tenant restaurant and rental car properties in Chicago
- Broker on disposition of two (2) vacant industrial buildings in the greater Boston, MA area
- Broker on disposition of industrial building in Northbrook, IL
- Broker on disposition of industrial building in Lake Bluff, IL
- Broker on disposition on land parcel in Bolingbrook, IL
- Broker on disposition of fractured condominium and townhome development in Oak Park, IL
- Broker on disposition of fractured condominium and retail development in Riverside, IL
- Broker on disposition of note sale of fractured 27 unit residential development in Chicago
- Broker on disposition of 42,000 square foot Medical Office Building in Scottsdale, AZ
- Company advisor on disposition of two industrial facilities in Indiana and Connecticut

**Expert Witness Testimony**

- Expert witness in case regarding the Dime Building, a downtown office tower in Detroit
- Expert witness in case regarding shopping center in Chicago suburbs
- Expert  witness in case regarding a public golf course in Phoenix, Arizona
- Expert witness in case regarding a private golf club in Flagstaff, Arizona

**Real Estate Assessment / Valuation**

- Assessment of real estate portfolio in high-profile not-for-profit organization in the St. Louis market including two state-of-the-art fitness and wellness centers, an overnight camp on over 200 acres, a former bowling alley, and an approximate 60-acre undeveloped parcel of land
- Assessment of real estate portfolio of nursing home and assisted living facilities for a senior housing owner/operator in Florida
- Assessment of dairy production facility for a dairy producer in Minnesota
- Assessment of manufacturing / distribution facility for the Unsecured Creditors Committee in a Chapter 11 of a furniture company in Arizona
- Assessment of a religious facility in the Chicago suburbs on behalf of a bank

**Real Estate Advisory / Investment Banking**

- Company FA / Investment Banker for Opus Northwest, a $300 million real estate development company
- Advisor / Investment Banker for Fundamental Provisions, a 20 unit Popeye's Chicken franchisee with locations in Louisiana and Alabama, running a 363 Bankruptcy process to maximize enterprise and real estate value for the Debtor
- Advisor to Chapter 11 debtor of Kentucky Fried Chicken and Taco Bell locations – the 2nd largest franchisee in the Yum Brands company with approximately 220 locations across 10 states
- Advisor to Chapter 11 debtor of a partially constructed shopping center in Chicago
- Advisor to Bank on an $11M shopping center in suburban Chicago
- Advisor to Buyer of a restaurant company in Chapter 11 bankruptcy
- Advisor to HVAC company in relocation of warehouse/distribution facility in Chicago

**Debt / Lease Restructuring**

- Advisor to Granite City Food & Brewery in the restructuring of restaurant leasehold portfolio of over 20 locations
- Advisor to private owner in debt restructuring on shopping center and retail land properties in Florida
- Advisor to a security company in a restructuring of an office lease

As one of the Principal's of Hilco Real Estate, I oversaw both the owned property disposition and principal acquisition group's and helped Hilco Real Estate's growth and development into one of the country's leading real estate restructuring, disposition, valuation and appraisal businesses.

At Hilco, I was intimately involved as the real estate advisor for a myriad of companies, including, MCI/WorldCom, Jacobson Department Stores, Durango Paper, Interstate Bakeries, Pillowtex, Burlington Industries, Evenflo Corp, Harvard Industries, Homelife, Homeland Supermarkets, USOP McWhorter's, Trak Auto, Venator, Bedroom Superstore, Payless Cashways, Wolf Camera, HQ/Hechinger, Heilig-Meyers Furniture, Filene's Basement, Play Co, Camellia Food Centers, One Price Clothing, Maurice, Mervyns, Bally Total Fitness, Bonus Stores, A&P, Levitz, Whitehall Jewelers, Levitt Homes, Neumann Homes and Wextrust. At Hilco, we had also been retained outside of bankruptcy by some of the country's largest and well-known companies, including, Venator, Payless Cashways, Wolf Camera, Heilig-Meyers Furniture, Filene's Basement, Ice Chalet, A&P, Cooker Restaurants, Gart Sports, Phar Mor, Transworld Entertainment, The Sports Authority, Schlotzsky's, Organized Living, GameStop, Boyd's Bears, Movie Gallery, Krispy Kreme, Pamida, Pep Boys, Starbucks, Whitehall Jewelers, and Wextrust.and Wexford Equity Partners.

Some highlights of the above-referenced accounts are detailed below:

**Cooker Restaurants -** Acted as the exclusive advisor to Banc of America Strategic Solutions to run a competitive bid and auction process for 20 owned restaurants and 2 ground leased restaurants in Ohio, Tennessee, and Michigan. The expected recovery value of the portfolio was approximately $25.0 million and we exceeded this expectation and raised in excess of $30.0 million for the portfolio through the sale process.

**MCI/WorldCom -** Acted as the exclusive real estate consultants to MCI/WorldCom, throughout North America in its Chapter 11 case. A portion of the engagement included valuing, leasing, and disposing of over 40 owned properties, including state-of-the-art data centers, office buildings, antenna towers, undeveloped land, and the largest working ranch in all of Canada. The marketing and sale process included direct sales as well as traditional 363 bankruptcy oriented transactions. Proceeds from the sales of these assets exceeded $400.0 million.

In addition to consummating numerous bid and auction related transactions to achieve the highest value possible for MCI/WorldCom, we crafted unique auction processes for two strategic assets within their portfolio which resulted in unanticipated revenue to the Debtor's estate in excess of $50 million. The following two examples detail these results.

    a. **Pentagon City, DC — Office Buildings -** Prior to MCI's bankruptcy filing, the company signed a contract to sell 2 office buildings comprising approximately 500,000 square feet for $101.0 million. Following the filing, the debtor, in consultation with our team, the debtor's creditors and advisors, determined that a more comprehensive process would yield higher returns. To this end, our team, on behalf of the company, responded to an RFP from the Transportation Service Administration ("TSA") for space in the Washington, DC/Metro area. Like the current assignment, however, dual tracts needed to be pursued if WorldCom was not the RFP winner. We therefore prepared for the solicitation of bids for the auction of the 495,000 square foot building vacant, and simultaneously we prepared to seek bids for the sale of the buildings with a triple net, 10-year lease to the TSA in place.

    We were awarded the TSA contract and the TSA proceeded to move into one of the two buildings. Thereafter, on the strength of the TSA lease, our team negotiated and

signed a stalking horse contract for $133.4 million and thereafter, conducted a national marketing campaign over the next 3 months, yielding 3 qualified bidders. Two months following execution of the stalking horse contract, the buildings were sold at an open out-cry auction for $142.8 million.

  b. **Somerset, NJ—Data Center -** Our team was engaged to market this 108,336 square foot data center as a vacant asset. We appraised the asset in a range of $18.0 to $20.0 million vacant. Capitalizing on new legislation regarding back up data requirements for financial institutions, we solicited offers to lease the building from tenants and end users and intended to subsequently sell the asset. Our team, in conjunction with MCI, negotiated and signed a bondable, 20-year lease with The Bank of New York and shortly thereafter, signed a stalking horse contract with a financial buyer for $31.0 million. Approximately 5 weeks following contract execution, an open, out-cry auction was conducted by our team, which yielded 21 pre-qualified bidders and raised $38.3 million in sale proceeds.

  c. **Douglas Lake Ranch -** Our team was engaged in connection with the MCI/WorldCom bankruptcy to sell a 500,000 acre ranch in British Columbia, the largest working ranch in the country, with significant timber reserves. In connection with the sale, members of our team completed extensive due diligence for prospective buyers, including title work as to over 400 contiguous lots, environmental, licenses, inventories and the like. We pre-qualified 4 bidders and, given the uniqueness of the asset and buyer pool, conducted a sealed bid auction. The ranch was sold for in excess of $70 million, achieving results that exceeded expectations.

  d. **Alpharetta, GA—Data Center -** Our team was engaged by MCI/WorldCom <u>after emergence</u> from bankruptcy to dispose of this vacant asset. Due to the probability that WorldCom customers were the most likely buyers, WorldCom professionals determined that a third party with experience auctioning assets and creating a competitive environment would create the most value but deflect attention away from company professionals and the potential customer conflicts. We were able to sign a "stalking horse" bid and ultimately top that bid upon sale.

**Metro Media Fiber — Data Center Sale -** In a saturated market for empty, over-built data centers, we marketed and signed a stalking horse buyer for a 265,000 square foot data center in Reston, VA for approximately $27.0 million. An auction of the property brought additional competition to the transaction and ultimately yielded a higher price being paid by the stalking horse. In addition to cash, additional consideration included a favorable, under-market lease to Metro Media Fiber for a significant portion of the space.

**ASB Real Estate Investments -** Retained by ASB Real Estate Investments to execute a marketing program to sell two office properties in late January 2009. The properties consisted of a 154,000 square foot office complex in Tewksbury, MA, outside of Boston, and an 80,000 square foot Class A office property in Chesterfield, MO, a suburb of St. Louis. We were provided a deadline of the end of the first quarter 2009 in order to close on the sale of both properties. We successfully implemented the stalking horse concept in both transactions, utilizing a bankruptcy-style auction process to market assets in a non-distressed situation. Both properties were under contract within four weeks of going to the market and both transactions closed prior to the end of March, generating sale proceeds of over $17.0 million within eight weeks of going to the market. We were retained by ASB on an exclusive

basis following the exclusive representation of two national brokerage firms, Jones Lang LaSalle and Cushman & Wakefield, and their inability to monetize the assets pursuant to ASB's needs.

**Durango Georgia Paper Company** - Our team was engaged by the liquidating trustee for the Durango-Georgia Paper Company as exclusive real estate advisor to the estate. The property consisted of a paper mill complex on 721 acres adjacent to the North River in St. Mary's, Georgia and four additional timberland tracts totaling almost 3,000 acres within 50 miles of the mill site. Upon engagement, members of our team reviewed relevant alternatives and designed a monetization strategy for the site. After working with land planners to develop a residential development program, we implemented a dual track process to either sell as a re-start or to a developer.

A stalking horse agreement was executed with a residential development team, and, after several days of bidding between multiple, pre-qualified buyers, the property was auctioned and sold for $42.0 million, which was $35.0 million more than the anticipated price prior to our team's engagement.

**Interstate Bakeries -** Retained by the company in its Chapter 11 bankruptcy as the exclusive real estate disposition agent, responsible for valuing and disposing of surplus bakeries, thrift stores, undeveloped land, and other miscellaneous surplus assets. Our team valued approximately 100 owned bakeries, depots, thrift retail stores and land, and sold 58 owned assets, raising gross proceeds in excess of $105.0 million.

**Pillowtex Corp. -** Following the sale of the majority of the assets of the company out of Chapter 11, the Unsecured Creditors Committee was faced with the "put back", pursuant to the terms of the stalking horse contract, of 7 dark, industrial properties and a concurrent price reduction of $7.0 million. The Committee engaged to dispose of these dark manufacturing facilities and distribution centers located in 4 states and comprising over 6.5 million square feet. In less than 15 months, each property was sold and over $15.0 million in gross sales proceeds were raised, a 200% increase in recover expectations.

**Burlington Industries -** In the context of over-supplied markets in the Carolinas and a depressed industry, our team was retained by the debtor and successfully sold each of 11 closed plants, covering over 3.2 million square feet of industrial space in excess of pre-determined minimums.

**Evenflo Corp**. - Our team was engaged to run an expedited process to dispose of the company's former corporate headquarters facility in Ball Ground, GA and one of their former distribution facilities located in Jasper, AL. The properties comprised approximately 500,000 square feet and were both monetized in less than one year.

**Jacobson's Department Stores**: After being retained by the company to appraise its owned and leased real estate, sold 29 properties, raising proceeds in excess of $65 million and mitigated over $10 million of landlord claims in bankruptcy.

**Bulk Petroleum -** Served as bankruptcy-court-appointed real estate advisor to a Chapter 11 debtor gas station/convenience store chain. In this role, Frontline worked in conjunction with Hilco Real Estate to oversee the valuation and disposition of 120 gas station/convenience stores throughout the Midwest via a bankruptcy bid and auction process.

**Lakewood Engineering -** Served as consultant, advisor, and sales agent to the trustee in the Chapter 7 bankruptcy case of Lakewood Engineering and Manufacturing Company, Inc. We executed a marketing process to sell two industrial facilities in Chicago, IL totaling over 600,000 square feet. The larger facility, approximately 500,000 square feet, resulted in successfully executing an auction with multiple qualified bidders yielding in excess of $2.0 million, a premium of 100% above the

stalking horse buyer contracted price. The second location sold via a competitive bankruptcy auction for over $1.0 million.

At Mid-America Real Estate Corp., my responsibilities included property management of a portfoloio of shopping centers, underwriting and analysis of shopping center assets and their respective markets, preparation of offering memorandums, and investment sales activities including the coordination and execution of the marketing and sales of shopping centers throughout the Chicagoland area.

*__Professional Memberships__*
American Bankruptcy Institute
International Council of Shopping Center

## *Sample of Complete Transactions*

| Property | Location | Client |
|---|---|---|
| Former WorldCom Data Center | Somerset, New Jersey | WorldCom |
| Former WorldCom Data Center | Richardson, Texas | WorldCom |
| Former WorldCom Data Center | Alpharetta, Georgia | WorldCom |
| Fullerton Plaza | Chicago, Illinois | Fullerton Plaza LLC |
| Nora Plaza | Indianapolis, Indiana | UBS Realty Investors LLC |
| Chatham Ridge Shopping Center | Chicago, Illinois | Travelers Insurance |
| Hickory Palos Square | Hickory Hills, Illinois | The Cloverleaf Group |
| East Town Plaza | Madison, Wisconsin | GE Investments |
| High Ridge Shopping Center | Racine, Wisconsin | Lend Lease Real Estate |
| Former WorldCom Data Center | Bridgeton, Missouri | WorldCom |
| The Grove | Buffalo Grove, Illinois | SPP/TA Associates Realty |
| Former Interstate Bakeries Deport and Store | Miami (Medley), Florida | Interstate Bakeries Corporation |
| Former Jacobson's - Franklin Park Mall | Toledo, Ohio | Jacobson's Department Stores |
| Water Tower Plaza | Bradley, Illinois | Pine Tree Development |
| Former Jacobson's – Freestanding | Grosse Pointe, Michigan | Jacobson's Department Stores |
| Chase Plaza | Buffalo Grove, Illinois | LaSalle Advisors |
| Silvernail Shopping Center | Waukesha, Wisconsin | Lane & Associates |
| Cadwell's Corners | Deerfield, Illinois | Cornerstone Real Estate |
| Plover Plaza | Plover, Wisconsin | Pine Tree Development |
| Former Jacobson's - Laurel Park Place Mall | Livonia, Michigan | Jacobson's Department Stores |
| Former Interstate Bakeries Bakery, Depot and Store | Chicago, Illinois (Diversey) | Interstate Bakeries Corporation |
| Gateway Square | Hinsdale, Illinois | Allegis Realty Investors LLC |
| Pine Tree Plaza | Ames, Iowa | Pine Tree Development |
| Former WorldCom Call Center | Garden City, New York | WorldCom |
| Wing Park Shopping Center | Elgin, Illinois | Learsi & Co. |
| WorldCom Undeveloped Land | San Antonio, Texas | WorldCom |
| Former Jacobson's - Briarwood Mall | Ann Arbor, Michigan | Jacobson's Department Stores |
| Glenwood Plaza | Glenwood, Illinois | Archon Group |
| Northwest Fashion Square | Milwaukee, Wisconsin | Heitman Financial Services Ltd. |
| Former Jacobson's - Great Oaks Mall | Rochester Hills, Michigan | Jacobson's Department Stores |
| Northridge Plaza | Portage, Wisconsin | Pine Tree Development |
| Former Jacobson's – Freestanding - Woodward Avenue | Birmingham, Michigan | Jacobson's Department Stores |
| Former WorldCom Office Building | Southfield, Michigan | WorldCom |
| Former Evenflo Corporation Headquarters | Ball Ground, Georgia | Evenflo Corporation |
| Former Jacobson's – Freestanding - Maple Road | Birmingham, Michigan | Jacobson's Department Stores |
| Former Jacobson's - Distribution Center | Winter Park, Florida | Jacobson's Department Stores |
| Former Intestate Bakeries Depot | Fairfax, Virginia | Interstate Bakeries Corporation |
| State Street Square | Rockford, Illinois | Lichtenstein/Robin Partnership |
| Former Jacobson's - Grande Boulevard Mall | Jacksonville, Florida | Jacobson's Department Stores |
| Former Jacobson's – Freestanding | East Grand Rapids, Michigan | Jacobson's Department Stores |
| Jeffery Manor | Chicago, Illinois | The RREEF Funds |
| Greenbrook Plaza | Hanover Park, Illinois | Cornerstone Real Estate |

| Property | Location | Owner |
|---|---|---|
| Former Interstate Bakeries Depot and Store | Mission Viejo, California | Interstate Bakeries Corporation |
| Former WorldCom Call Center | Lauderhill, Florida | WorldCom |
| Former Sports Authority Retail Building | Merrillville, Indiana | The Sports Authority |
| WorldCom Undeveloped Land | Schaumburg, Illinois | WorldCom |
| Carillon Court | Romeoville, Illinois | Romeo Development L.L.C. |
| 95th & Jeffery Shopping Center | Chicago, Illinois | Chung Nam |
| Grand Plaza (Strip Portion Only) | Franklin Park, Illinois | Learsi & Co. |
| Former Jacobson's - The Bell Tower Shops | Fort Myers, Florida | Jacobson's Department Stores |
| Cross Creek Shopping Center | Roselle, Illinois | Archon Group |
| Former Cooker Restaurant Building | Beaver Creek, Ohio | Banc of America Strategic Solutions |
| Former Interstate Bakeries Bakery, Depot and Store | San Francisco, California | Interstate Bakeries Corporation |
| Former Cooker Restaurant Building | Dublin, Ohio | Banc of America Strategic Solutions |
| Former Interstate Bakeries Bakery, Depot and Store | Boise, Idaho | Interstate Bakeries Corporation |
| Gary Products - Warehouse / Distribution Center | Lubbock, Texas | Wells Fargo - Seth Moldoff |
| Former U.S. FoodService Facility | Dallas, Texas | U.S. FoodService |
| WorldCom Undeveloped Land | Omaha, Nebraska | WorldCom |
| Former Cooker Restaurant Building | Novi, Michigan | Banc of America Strategic Solutions |
| Former Cooker Restaurant Building | Cuyahoga Falls, Ohio | Banc of America Strategic Solutions |
| Former Cooker Restaurant Building | Mentor, Ohio | Banc of America Strategic Solutions |
| Former Cooker Restaurant Building | Springdale, Ohio | Banc of America Strategic Solutions |
| Former Cooker Restaurant Building | Westlake, Ohio | Banc of America Strategic Solutions |
| Former Cooker Restaurant Building | Solon, Ohio | Banc of America Strategic Solutions |
| Former Cooker Restaurant Building | Middleburg Heights, Ohio | Banc of America Strategic Solutions |
| Former Cooker Restaurant Building | Murfreesboro, Tennessee | Banc of America Strategic Solutions |
| Former Cooker Restaurant Building | Nashville, Tennessee | Banc of America Strategic Solutions |
| Former Cooker Restaurant Building | Holland, Ohio | Banc of America Strategic Solutions |
| Former Interstate Bakeries Bakery, Depot and Store | El Cajon, California | Interstate Bakeries Corporation |
| Former Cooker Restaurant Building | Brentwood, Tennessee | Banc of America Strategic Solutions |
| Former Cooker Restaurant Building | Cincinnati, Ohio | Banc of America Strategic Solutions |
| Former Jacobson's - St. Armand's Circle | Sarasota, Florida | Jacobson's Department Stores |
| Former Cooker Restaurant Building | Dayton, Ohio | Banc of America Strategic Solutions |
| Former Cooker Restaurant Building | Auburn Hills, Michigan | Banc of America Strategic Solutions |
| 371-385 North Gary Avenue | Carol Stream, Illinois | Prime Group |
| Former Cooker Restaurant Building | Cincinnati, Ohio | Banc of America Strategic Solutions |
| Former WorldCom Office / Call Center Building | Norristown, Pennsylvania | WorldCom |

| Property | Location | Owner |
|---|---|---|
| Former Cooker Restaurant Building | Columbus, Ohio | Banc of America Strategic Solutions |
| Former Homeland Supermarket Grocery Store | Tulsa, Oklahoma | Homeland Supermarket |
| Former Interstate Bakeries Bakery, Depot and Store | Buena Park, California | Interstate Bakeries Corporation |
| Former Interstate Bakeries Bakery, Depot and Store | Whittier, California | Interstate Bakeries Corporation |
| Former Interstate Bakeries Excess Land | Delray Beach, Florida | Interstate Bakeries Corporation |
| WorldCom Undeveloped Land | Dorsey, Maryland | WorldCom |
| Former Handy Andy Retail Building | Burbank, Illinois | Commercial Net Lease Realty (CNL) |
| Former Interstate Bakeries Excess Land | Milwaukee, Wisconsin | Interstate Bakeries Corporation |
| Former Interstate Bakeries Excess Land | Santa Maria, California | Interstate Bakeries Corporation |
| Former Uno's Pizzeria | Columbus, Ohio | Uno's Pizzeria - Centre Partners |
| Former WorldCom Office Building | Columbus, Ohio | WorldCom |
| Former Interstate Bakeries Excess Land | Detroit, Michigan | Interstate Bakeries Corporation |
| Former Interstate Bakeries Excess Land | Fort Pierce, Florida | Interstate Bakeries Corporation |
| Former Interstate Bakeries Bakery, Depot and Store | Agawam, Massachusetts | Interstate Bakeries Corporation |
| WorldCom Antenna Site | Houston, Texas | WorldCom |
| Former Interstate Bakeries Depot and Store | Waterbury, Connecticut | Interstate Bakeries Corporation |
| WorldCom Undeveloped Land | Denver, Colorado | WorldCom |
| Former Cooker Restaurant Building | Sylvania, Ohio | Banc of America Strategic Solutions |
| Former Cooker Restaurant Building | Dayton (Vandalia), Ohio | Banc of America Strategic Solutions |
| Former Jacobson's – Freestanding | Saginaw, Michigan | Jacobson's Department Stores |
| Fomer Interstate Bakeries Bakery | Vero Beach, Florida | Interstate Bakeries Corporation |
| Former Homeland Supermarket Grocery Store | Amarillo, Texas | Homeland Supermarket |
| Former Interstate Bakeries Depot and Store | Port Angeles, Washington | Interstate Bakeries Corporation |
| WorldCom Antenna Site | Groometown, North Carolina | WorldCom |
| Former Evenflo Manufacturing / Warehouse | Jasper, Alabama | Evenflo Corporation |
| Former Interstate Bakeries Depot and Store | Chicago, Illinois (Wabash) | Interstate Bakeries Corporation |
| Fomer Interstate Bakeries Bakery | Rockland, Maine | Interstate Bakeries Corporation |
| WorldCom Antenna Site | Southlake, Texas | WorldCom |
| Former Harper Wyman Headquarters | Princeton, Illinois | Hilco Capital |
| Former Interstate Bakeries Depot and Store | Machias, Maine | Interstate Bakeries Corporation |
| Former Interstate Bakeries Depot and Store | Auburn, Maine | Interstate Bakeries Corporation |
| Former Interstate Bakeries Depot and Store | Saginaw, Michigan | Interstate Bakeries Corporation |
| Former Interstate Bakeries Bakery, Depot and Store | Presque Isle, Maine | Interstate Bakeries Corporation |
| Former Interstate Bakeries Bakery, Depot and Store | Minonk, Illinois | Interstate Bakeries Corporation |
| Former Interstate Bakeries Bakery, Depot and Store | Dover-Foxcroft, Maine | Interstate Bakeries Corporation |
| Former Interstate Bakeries Bakery, Depot and Store | Chicago, Illinois (55th Street) | Interstate Bakeries Corporation |
| Former Interstate Bakeries Store | Jackson, Tennessee | Interstate Bakeries Corporation |
| WorldCom Antenna Site | Burleson, Texas | WorldCom |
| Former Interstate Bakeries Bakery, Depot and Store | Kansas City, Missouri (Land) | Interstate Bakeries Corporation |
| Former Interstate Bakeries Bakery, Depot and Store | Berlin, New Hampshire | Interstate Bakeries Corporation |
| Former Uncle Bud's Seafood Restaurant | Smyrna, Georgia | Banc of America Strategic Solutions |
| Former Uncle Bud's Seafood Restaurant | East Ridge, Tennessee | Banc of America Strategic Solutions |
| Former Cooker Restaurant Building | Goodlettsville, Tennessee | Banc of America Strategic Solutions |

| | | |
|---|---|---|
| Former Cooker Restaurant Building | Columbus, Ohio | Banc of America Strategic Solutions |
| Former Interstate Bakeries Bakery, Depot and Store | Charlotte, North Carolina | Interstate Bakeries Corporation |
| Former Interstate Bakeries Bakery, Depot and Store | Grand Rapids, Michigan | Interstate Bakeries Corporation |
| Former Interstate Bakeries Bakery, Depot and Store | Kansas City, Missouri | Interstate Bakeries Corporation |
| Former Interstate Bakeries Bakery, Depot and Store | Kansas City, Missouri | Interstate Bakeries Corporation |
| Former Interstate Bakeries Bakery, Depot and Store | Kansas City, Missouri | Interstate Bakeries Corporation |
| Former Interstate Bakeries Bakery, Depot and Store | Kansas City, Missouri | Interstate Bakeries Corporation |
| Former Interstate Bakeries Bakery, Depot and Store | Kansas City, Missouri | Interstate Bakeries Corporation |
| Former Interstate Bakeries Store | Florence, South Carolina | Interstate Bakeries Corporation |
| Former Interstate Bakeries Excess Land | Key West, Florida | Interstate Bakeries Corporation |
| Former Interstate Bakeries Deport and Store | Buffalo, New York | Interstate Bakeries Corporation |
| Former Interstate Bakeries Deport and Store (4 Buildings) | New Bedford, Massachusetts | Interstate Bakeries Corporation |
| Former Interstate Bakeries Deport and Store | Dorchester, Massachusetts | Interstate Bakeries Corporation |
| Former Interstate Bakeries Deport and Store | Oakland, California | Interstate Bakeries Corporation |
| Former Interstate Bakeries Excess Land | Medford, Massachusetts | Interstate Bakeries Corporation |
| Former Interstate Bakeries Deport and Store | Brewer, Maine | Interstate Bakeries Corporation |
| Former Interstate Bakeries Deport and Store | Farmington, Maine | Interstate Bakeries Corporation |
| Former Interstate Bakeries Deport and Store | Utica, New York | Interstate Bakeries Corporation |
| Former Interstate Bakeries Deport and Store | Potsdam, New York | Interstate Bakeries Corporation |
| Former Interstate Bakeries Deport and Store | Black River, New York | Interstate Bakeries Corporation |
| Former Interstate Bakeries Deport and Store | San Bernandino, California | Interstate Bakeries Corporation |
| Former Interstate Bakeries Bakery, Depot and Store | Portland, Oregon | Interstate Bakeries Corporation |
| Former Interstate Bakeries Bakery, Depot and Store | Lakewood, Washington | Interstate Bakeries Corporation |
| Former Interstate Bakeries Deport and Store | Stockton, California | Interstate Bakeries Corporation |
| Former Interstate Bakeries Deport and Store | Houston, Texas | Interstate Bakeries Corporation |
| Former Interstate Bakeries Deport and Store | Moore, Oklahoma | Interstate Bakeries Corporation |
| Former Interstate Bakeries Deport and Store | Worcester, Massachusetts | Interstate Bakeries Corporation |
| Former Sears Service Center | Buena Park, California | Sears Holdings Corp. |
| Former Sears Service Center | Battle Creek, Michigan | Sears Holdings Corp. |
| 100 East Vista Ridge Road | Coppell, TX | U-Haul (Amerco) |
| 411 Tierney | Forth Worth, TX | U-Haul (Amerco) |
| John T. White & East Loop 820 | Forth Worth, TX | U-Haul (Amerco) |
| 5100 West Broadway Boulevard | Garland, TX | U-Haul (Amerco) |
| SWC FM 1960 & Woodcreek Drive | Houston, TX | U-Haul (Amerco) |
| Veterans Memorial Parkway and Greens Road | Houston, TX | U-Haul (Amerco) |
| Rowlett and Miller Road | Rowlett, TX | U-Haul (Amerco) |
| 13020 Grand River Avenue | Detroit, MI | U-Haul (Amerco) |
| Highway 83 - Broadway Lots 5,6 and 7 | Minot, ND | U-Haul (Amerco) |
| Memorial Road and Fairhill Avenue | Oklahoma City, OK | U-Haul (Amerco) |
| 2126 South Henry Street | Muskegon, MI | U-Haul (Amerco) |
| 2160 South Henry Street | Muskegon, MI | U-Haul (Amerco) |
| Lone Star Steakhouse | Glendale, AZ | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Phoenix, AZ | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Baton Rouge, LA | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Charleston, WV | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Albuquerque, NM | Lone Star Steakhouse/Hudson Advisors |

| | | |
|---|---|---|
| Lone Star Steakhouse | West Mifflin, PA | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Pittsburgh, PA | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Easton, PA | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Racine, WI | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | W. Des Moines, IA | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Cedar Rapids, IA | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Coralville, IA | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Battle Creek, MI | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Mt. Pleasant, MI | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Dundee, MI | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Waldorf, MD | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Bridgewater, NJ | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Centerville, UT | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Sugarhouse, UT | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Garden City, KS | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Hutchinson, KS | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Golden, CO | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Littleton, CO | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Thornton, CO | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Chesapeake, VA | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Colonial Heights, VA | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Wilmington, DE | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Dover, DE | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Anderson, IN | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Terre Haute, IN | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Springfield, MO | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Branson, MO | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Bridgeton, MO | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Independence, MO | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Kansas City, MO | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Las Vegas, NV | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Rockford, IL | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Arlington Heights, IL | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Bloomington, IL | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Gurnee, IL | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Joliet, IL | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Carbondale, IL | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Bourbonnais, IL | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Elgin, IL | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | O'Fallon, IL | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Hodgkins, IL | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Dayton, OH | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Dayton, OH | Lone Star Steakhouse/Hudson Advisors |

| | | |
|---|---|---|
| Lone Star Steakhouse | Mason, OH | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Middletown, OH | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Lancaster, OH | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Southern Pines, NC | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Clayton, NC | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Huntsville, AL | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Oxford, AL | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Trussville, AL | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Orlando, FL | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Sioux Falls, SD | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Tulsa, OK | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Lawton, OK | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Tulsa, OK | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Anchorage, AK | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Pearl, MS | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Elizabethton, TN | Lone Star Steakhouse/Hudson Advisors |
| Lone Star Steakhouse | Southaven, MS | Lone Star Steakhouse/Hudson Advisors |
| Former Sears Service Center | Battle Creek, Michigan | Sears Holdings Corp. |
| Former Sears Service Center | Stamford, Connecticut | Sears Holdings Corp. |
| Former Sears Service Center | Buena Park, California | Sears Holdings Corp. |
| Former Sears Service Center | Temple City, California | Sears Holdings Corp. |
| Former Sears Service Center | Fenton, Missouri | Sears Holdings Corp. |
| Former Sears Service Center | Vero Beach, Florida | Sears Holdings Corp. |
| Former Sears Service Center | Bremerton, Washington | Sears Holdings Corp. |
| Former Sears Service Center | Maumee, Ohio | Sears Holdings Corp. |
| Former Sears Service Center | Tipp City, Ohio | Sears Holdings Corp. |