IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| FIRSTMERIT BANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:15-cv-01262 |
| | ) | |
| v. | ) | |
| | ) | |
| SEVERKO HRYWNAK, UNITED STATES OF AMERICA | ) ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To: Parties on attached service list.

**PLEASE TAKE NOTICE** that on **March 2, 2015 at 9:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned shall appear in front of the Honorable Virginia M. Kendall, or any other Judge sitting in his stead in Courtroom 2319, of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **FirstMerit Bank, N.A.'s Ex Parte Motion for Appointment of Receiver,** a copy of which is served upon you.

Dated: February 23, 2015　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　FIRSTMERIT BANK, N.A.


　　　　　　　　　　　　　　　　　　　　By:　　/s/  Bryan E. Minier　　　　　
　　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys


Bryan E. Minier (ARDC No. 6275534)
David M. Serritella (ARDC No. 6306972)
Pedersen & Houpt, P.C.
161 N. Clark Street, Suite 2700
Chicago, Illinois 60601
Phone: (312) 261-2265
Fax:　  (312) 261-1265

*(Counsel for FirstMerit Bank, N.A.)*