FirstMerit Bank, N.A.
                        Plaintiff,

v.                                                              Case No.: 1:15−cv−01262
                                                               Honorable Virginia M. Kendall

Severko Hrywnak, et al.
                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 25, 2015:

       MINUTE entry before the Honorable Virginia M. Kendall: MOTION by Plaintiff FirstMerit Bank, N.A. to appoint receiver *Ex parte*[2] is granted. Motion hearing set for 3/2/2015 on this motion is hereby stricken. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.