IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FIRSTMERIT BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:15-cv-01262 |
| ) | |
| v. ) | |
| ) | |
| SEVERKO HRYWNAK, UNITED STATES ) | |
| OF AMERICA ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S EX PARTE MOTION FOR LEAVE OF
COURT TO EFFECT SERVICE BY ALTERNATE MEANS**

Plaintiff FirstMerit Bank, N.A. ("FirstMerit"), by and through its attorneys, Pedersen & Houpt, hereby files a motion pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and 735 ILCS 5/2-203.1 and 735 ILCS 5/2-206 for service by alternate means upon Defendant, Severko Hrywnak ("S. Hrywnak"). In support of its motion, FirstMerit states as follows:

1. On February 10, 2015, FirstMerit filed its Verified Complaint for Foreclosure of Commercial Mortgage and Related Relief (the "Complaint").

2. The Sheriff of Cook County (the "Sheriff") attempted to serve S. Hrywnak with a summons and Complaint at S. Hrywnak's residence located at 4106 N. Lavergne, Chicago, Illinois 60641 on February 26, 2015, March 3, 2015, and March 5, 2015. However, the Sheriff was unable to serve S. Hrywnak. The Sheriff's Affidavit of Non-Service is attached hereto as Exhibit A.

3. A Special Process Server was appointed by order approving Ex-Parte Routine Motion for Appointment of Special Process Server, which was entered on March 23, 2015.

4. A Special Process Server attempted service multiple times at S. Hrwnak's business location and residence. However, he was unable to serve S. Hrywnak for the reasons set forth in the Affidavits of the Special Process Server, which are attached hereto as <u>Group Exhibit B</u>.

5. None of the Defendants have filed appearances or an answer or other response to the Complaint.

6. Service of process on S. Hrywnak at the listed addresses is impracticable for the reasons set forth in the Affidavit of Bryan E. Minier, attached hereto as <u>Exhibit C</u>.

7. Rule 4(e)(1) of the Federal Rules of Civil Procedure allows individuals to be served by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."  Fed. R. Civ. Pro. 4(e)(1).

8. Section 5/2-203.1 of the Illinois Code of Civil Procedure provides that the plaintiff may move, without notice, that the court enter an order directing a comparable method of service if service of an individual defendant is impractical under items (1) and (2) of subsection (a) of Section 2-203.  The court may order service to be made in any manner consistent with due process. 735 ILCS 5/2-203.1.

9. FirstMerit requests an order for alternative service to be issued against S. Hrywnak by the following methods:

    a. By mailing a copy of the summons, complaint and order for alternate service via regular U.S. mail and certified U.S. mail to S. Hrywnak's residence and assumed usual place of abode, located at 4106 N. Lavergne, Chicago, Illinois 60641.

    b. By leaving a copy of the summons, complaint and order for alternate service with the receptionist at S. Hrywnak's place of business and

assumed usual place of abode, located at 4958 W. Irving Park Road, Chicago, Illinois 60641.

c. By posting a copy of the summons, complaint, and order for alternate service at Defendants' residence and assumed usual place of abode, located at 4106 N. Lavergne, Chicago, Illinois 60641.

**WHEREFORE,** Plaintiff FirstMerit, respectfully prays for the entry of an order granting Plaintiff's leave for alternate service on S. Hrywnak, and to grant other and further relief as this Court deems equitable and just.


Dated: April 21, 2015                     Respectfully Submitted,

                                          FIRSTMERIT BANK, N.A.


                                          By:    /s/ Bryan E. Minier
                                                 One of its Attorneys



Bryan E. Minier (ARDC# 6275534)
David M. Serritella (ARDC# 6306972)
Pedersen & Houpt
161 N. Clark Street, Suite 3100
Chicago, Illinois 60601
Phone: (312) 261-2265
Fax:   (312) 261-1265
Email: bminier@pedersenhoupt.com