**EXHIBIT A**
(Sheriff's Affidavit of Non-Service)

00768423v2

# SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS
## AFFIDAVIT OF SERVICE



CASE NUMBER: 1:15CV01262   MULT.SER. 1   DOC. TYPE: SUMMONS
**DIE DATE: 03/06/2015**   RECEIVED DATE: 2/20/2015 12:00:00 PM   FILED DATE: 02/18/2015   DIST: 641 SK

**DEFENDANT**
HRYWNAK, SERVERKO
4106 N LAVERGNE  5800
CHICAGO, IL 60641

**PLANTIFF**
FIRSTMERIT BANK, N.A.
**ATTORNEY**
PEDERSEN & HOUPT
161 N CLARK ST #2700
CHICAGO, IL 60601
(312) 261-2267

**ATTACHED FEE AMOUNT:**
**SERVICE INFORMATION:**

I CERTIFY THAT I SERVED THE DEFENDANT/RESPONDENT AS FOLLOWS:

**(1) PERSONAL SERVICE:**
BY LEAVING A COPY OF THE WRIT/ORDER WITH THE DEFENDANT/RESPONDENT PERSONALLY, AND INFORMING DEFENDANT/RESPONDENT OF CONTENTS.

**(2) SUBSTITUTE SERVICE:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH A FAMILY MEMBER OR PERSON RESIDING THERE, 13 YEARS OR OLDER, AND INFORMING THAT PERSON OF THE CONTENTS OF THE SUMMONS. ALSO, A COPY OF THE SUMMONS WAS MAILED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE ON THE _____ DAY OF _____ 20_____.

**(3) UNKNOWN OCCUPANTS:**
BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT NAMING "UNKNOWN OCCUPANTS" WITH A PERSON OF THE AGE OF 13 OR UPWARDS OCCUPYING SAID PREMISE.

**(4) CORP/CO/BUS/PART:**
BY LEAVING THE APPROPRIATE NUMBER OF COPIES OF THE SUMMONS, COMPLAINTS, INTERROGATORIES, JUDGMENTS, CERTIFICATIONS AND NOTICES WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT CORPORATION ____ COMPANY ____ BUSINESS ____ PARTNERSHIP ____

**(5) PROPERTY RECOVERED:**
NO ONE PRESENT TO RECEIVE ORDER OF COURT. ORDER POSTED IN PLAIN VIEW.

**(6) S.O.S./D.O.I.:**
BY LEAVING THE SUMMONS AND COMPLAINT WITH THE SECRETARY OF THE STATE/DIRECTOR OF INSURANCE OF THE STATE OF ILLINOIS, AN AGENT OF SAID DEFENDANT LISTED ABOVE. ANY AGENT OF SAID CORPORATION NOT FOUND IN THE COUNTY OF COOK.

**(7) CERTIFIED MAIL**

***** COMPLETE THIS SECTION IF WRIT IS A THIRD PARTY CITATION/GARNISHMENT *****

**(8)** AND BY MAILING ON THE _____ DAY OF _____ 20_____ A COPY OF THE THIRD PARTY GARNISHMENT/CITATION SUMMONS AND NOTICE TO THE JUDGMENT DEBTOR'S LAST KNOWN ADDRESS AS INDICATED IN THE NOTICE WITHIN (2) BUSINESS DAYS OF SERVICE UPON GARNISHEE/THIRD PARTY DEFENDANT.

**THE NAMED DEFENDANT WAS NOT SERVED FOR THE GIVEN REASON BELOW:**

✗ (01) NO CONTACT          (05) WRONG ADDRESS          (09) DECEASED
✓ (02) MOVED               (06) NO SUCH ADDRESSS       (10) NO REGISTERED AGENT
  (03) EMPTY LOT           (07) EMPLOYER REFUSAL       (11) OUT OF COOK COUNTY
  (04) NOT LISTED          (08) CANCELLED BY PLAINTIFF ATTY    (12) OTHER REASON (EXPLAIN)

EXPLANATION: _____

WRIT SERVED ON: ____N/S____

SEX: M / F   RACE: ____   AGE: ____
THIS __5__ DAY OF __March__, 20_15_
Thomas J. Dart
SHERIFF, BY: _____, DEPUTY

**ATTEMPTED SERVICES**
| DATE | TIME (AM/PM) | STAR # |
|---|---|---|
| 2/26 | 4:20 | 11846 |
| 3/3 | 3:16 | 11220 |
| 3/5 | 1:50 | 11366 |

RBE170

House