## **GROUP EXHIBIT B**
(Affidavits of Special Process Server)

00768423v2

ClientCaseID: MINIER,BRYAN
Law Firm ID: PEDERSEN



CaseReturnDate: 4/22/15

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT
Case Number **15CV01262**

I, TERRENCE RYAN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 4645 N. ROCKWELL ST CHICAGO IL 60625 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

## NON-SERVICE

DEFENDANT NAME SEVERKO HRYWNAK

I HAVE ATTEMPTED TO SERVE    ALIAS SUMMONS & COMPLAINT

AT THE LOCATION   4106 N LAVERGNE              CHICAGO, IL, 60641
BEING A           HOUSE
ON THE DEFENDANT ON THIS CAUSE AND HAVE BEEN UNABLE TO SERVE BECAUSE:

Attempts were made at the following dates and times: 3/25/2015 6:47 PM, 3/29/2015 9:16 AM, 3/31/2015 12:12 PM, 4/2/2015 12:15 PM, 4/10/2015 8:38 AM
ADDITIONAL ATTEMPTS WERE MADE ON 4/12/15 AT 9:09 PM AND 4/14/15 AT 7:48 AM.

THE GIVEN LOCATION IS A SINGLE FAMILY HOME. THERE ARE NOT MANY FURNISHINGS OR BELONGINGS SEEN IN THE FIRST FLOOR WINDOW. MY CALL BACK NOTICES WERE POSTED HERE FOR SEVERAL DAYS BEFORE EVENTUALLY BEING REMOVED. THERE WAS A SUV PARKED IN THE DRIVEWAY ON EVERY ATTEMPT. THE SUV IS REGISTERED TO THE DEFENDANT. THE TRUCK WAS IN THE SAME POSITION IN THE DRIVEWAY ON EVERY ATTEMPT. NO SIGNS OF ANYONE HOME ON ANY ATTEMPT. THE NEIGHBORS I SPOKE WITH STATED THAT THEY MOVED IN AT THE END OF JANUARY AND HAVE HAD NO COMMUNICATION WITH ANYONE AT THIS ADDRESS. NO CONTACT MADE.

Date Of Last Attempt    4/15/15         Time      7:27 AM

TERRENCE RYAN                           4/15/2015
**Special Process Server**
P.E.R.C.#129-238426

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

TERRENCE RYAN                           4/15/2015

Total:   $55.00

ClientCaseID: MINIER, BRYAN
Law Firm ID: PEDERSEN



CaseReturnDate: 4/22/15

Affidavit of Special Process Server

# UNITED STATES DISTRICT COURT

Case Number **15CV01262**

I, TERRENCE RYAN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 4645 N. ROCKWELL ST CHICAGO IL 60625 LICENSED BY THE ILLINOIS DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION.

## NON-SERVICE

DEFENDANT NAME **SEVERKO HRYWNAK**

I HAVE ATTEMPTED TO SERVE **ALIAS SUMMONS & COMPLAINT**

AT THE LOCATION **4958 W IRVING PARK ROAD**     CHICAGO, IL, 60641
BEING A **BUSINESS**

ON THE DEFENDANT ON THIS CAUSE AND HAVE BEEN UNABLE TO SERVE BECAUSE:

An attempt was made at the following date and time: 3/31/2015 12:18 PM

03/31/15 12:18 PM- Six corners foot and ankle clinic. Closed until 2pm today per note on door.
04/02/15 12:13 PM- The given location is a dental office; Associates for General Dentistry. Per office manager Janet, the defendant is the owner of the building but doesn't practice out of this location. She thinks he may have worked from here years ago. I found the defendant on social media and his phone number linked to this address, but the number has been disconnected. Unable to serve at this location.

Date Of Last Attempt **4/2/15**     Time **12:13 PM**

TERRENCE RYAN     4/7/2015
**Special Process Server**
P.E.R.C.#129-238426

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

TERRENCE RYAN     4/7/2015

**Total:** $55.00