**EXHIBIT C**
(Affidavit of Bryan E. Minier)

00768423v2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FIRSTMERIT BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:15-cv-01262 |
| ) | |
| v. )\ | |
| ) | |
| SEVERKO HRYWNAK, UNITED STATES ) | |
| OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF BRYAN E. MINIER, ATTORNEY FOR PLAINTIFF

I, Bryan E. Minier, being duly sworn on oath, state as follows:

1.  I am an attorney at the law firm of Pedersen & Houpt, attorneys for Plaintiff in the above-captioned action. I have been an attorney since 2001 and am licensed to practice in the State of Illinois. I am the attorney who is primarily responsible for the handling of this case.

2.  I make this Affidavit in accordance with 735 ILCS 5/2-206 and based upon my personal knowledge and, if called as a witness, am competent to testify to the matters set forth herein.

3.  I have made due inquiry to locate the address where Severko Hrywnak ("S. Hrywnak") might be found for service of process. According to that certain Promissory Note dated September 23, 2008 by and between Midwest Bank and Trust Company and Severko Hrywnak, his residence is located at 4106 N. Lavergne, Chicago, Illinois 60641. According to that certain Mortgage dated December 7, 1999 by and between Mount Prospect National Bank and Severko Hrywnak, his business address is 4958 W. Irving Park Road, Chicago, IL 60641.

4.  The Sheriff of Cook County ("Sheriff") attempted, but was unable to serve

00768423v2

defendant S. Hrywnak at his home address of 4106 N. Lavergne, Chicago, Illinois 60641. The Sheriff attempted to serve S. Hrywnak on three separate occasions. Attached as Exhibit A to the Motion for Service by Alternate Means is an Affidavit of Non-Service from the Sheriff.

5. Terrence Ryan of Stern Process & Investigation LLC, as special process server, attempted, but was unable, to serve defendant S. Hrywnak at the address of his business located at 4958 W. Irving Park Road, Chicago, Illinois 60641, of which he is the owner. The Irving Park Road property appears to be a dental office. According to office manager Janet (last name unknown), S. Hrywnak is the owner of the building but does not practice out of this location. Mr. Ryan also attempted, but was unable, to serve defendant S. Hrywnak at his residence located at 4016 N. Lavergne, Chicago, Illinois 60641. The Lavergne property appears to be a single family home. Mr. Ryan's call back notices were posted at the residence for several days before eventually being removed. A SUV was parked in the driveway of the residence on every attempt and the SUV is registered to S. Hrywnak. Attached as Group Exhibit B to the Motion for Service by Alternate Means are affidavits from Mr. Ryan attesting to these allegations.

6. Diligent inquiry as to the location of S. Hrywnak was made and reasonable efforts to make service have been unsuccessful.

Further affiant sayeth naught.

_____
Bryan E. Minier

Subscribed and sworn to me
before this 21st day of April, 2015

_____
Notary Public

OFFICIAL SEAL
KATHRYN RODRIGUEZ
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Feb 17, 2019