FILED
MAY 13 2015
May 13, 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**APPEARANCE FORM FOR PRO SE LITIGANTS**
**DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Severko Hrywnak
(Please print)

STREET ADDRESS: 4106 N. Lavergne Ave

CITY/STATE/ZIP: Chicago, IL 60641

PHONE NUMBER: 773-218-9669

CASE NUMBER: 1:15-cv-01262

Signature: [signed]      Date: 5.11.2015

**REQUEST TO RECEIVE NOTICE THROUGH E-MAIL**

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[X] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

Sev@sevgrp.com
E-Mail Address
(Please Print Clearly)

Updated 03/26/14