# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FIRSTMERIT BANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-01262 |
| ) | |
| SEVERKO HRYWNAK, UNITED STATES ) | Hearing Date: June 4, 2015 |
| OF AMERICA ) | Hearing Time: 10:00 a.m. |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To: Persons Listed on the Attached Service List

PLEASE TAKE NOTICE THAT on **June 4, 2015 at 10:00 a.m.** the undersigned shall appear in front of the Honorable Virginia M. Kendall, or any other Judge sitting in her stead in Courtroom 2319 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Motion For Entry of Default and Default Judgment Against Defendants Severko Hrywnak and United States of America,** a copy of which is attached hereto and herewith served upon you.

Dated: May 29, 2015

Respectfully submitted,

FirstMerit Bank, N.A.

By: /s/ Bryan E. Minier
One of its attorneys

Bryan E. Minier (ARDC # 6275534)
Pedersen & Houpt
161 N. Clark Street, Suite 3100
Chicago, Illinois 60601
Telephone: (312) 261-2265
Telecopier: (312) 261-1265
bminier@pedersenhoupt.com