

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

FIRSTMERIT BANK, N.A. )
           )   Case No. 1:15-cv-~~10262~~ 1262
      Plaintiff, )
           )   Honorable Virginia M. Kendall
v. )
           )   **FILED**
SEVERKO HRYWNAK, et al. )
           )
      Defendant. )   JUN 1 2 2015

             THOMAS G. BRUTON
   **FIRST REPORT OF THE RECEIVER**    CLERK, U.S. DISTRICT COURT

The Receiver, Joshua E. Joseph, herewith submits a First Report of Receiver summarizing the activities performed by the Receiver from February 25, 2015 through May 31, 2015. Pursuant to the Court Order entered February 25, 2015, Joshua E. Joseph was appointed Receiver for the mortgaged real estate in the above case commonly known as 4958 W. Irving Park Road, Chicago, Cook County, Illinois (the "Property"). The Property is a single-story, two-unit office building estimated to be 2,800 square feet in size.

## RECEIVER ACTIVITY

During the current reporting period, the Receiver served notice to the tenants of the Property that the Property is subject to receivership. The Receiver has opened a bank account to hold funds for the receivership and pay property expenses. The Receiver has inspected the Property on multiple occasions and held conversations with the tenants regarding rent collections and change of management. The tenants have been cooperative with the Receiver. The Receiver has been unable to make contact with the mortgagor or obtain any property related information from the mortgagor. Additionally, both tenants have represented that they paid March rents (totaling $4,000.00) to the mortgagor after the effective date of the receivership. The mortgagor has not turned these rents over to the Receiver. The Receiver continues to make periodic inspections of the Property to ensure that there are no hazardous conditions upon the premises.

## BANKING & FINANCIAL INFORMATION

The Receiver has opened a bank account to deposit rental income and pay operating expenses for the Property. During the current reporting period, a total of $8,005.00 of rental income was collected. No funds were disbursed for expenses. The net operating income was $8,005.00. The Property consists of two medical office units. Both units were occupied upon appointment of Receiver, and were reportedly on month-to-month agreements. One of the two tenants vacated the Property on June 1, 2015. All rents for April and May were collected during the current reporting period. Both tenants have represented that their March rents were paid to the mortgagor, after the order appointing receiver had been entered. The Receiver requests that these

funds be turned over to the Receiver immediately. Financial statements including bank statements, income/expense statement, receipt register, check register, and rent roll are attached hereto as **Exhibit "A".**

## REAL ESTATE TAXES

There is one PIN associated with the Property: 13-16-428-023-0000. The first installment of 2014 taxes payable 2015 totaled $14,258.91 and has not been paid. The Receiver does not have sufficient funds to pay the real estate taxes. A copy of the most recent tax bill from the Cook County Treasurer's website is attached hereto as **Exhibit "B".**

## RECEIVER'S FEES

A billing statement for the Receiver's fees is attached as **Exhibit "C"** to this report.

## DRAFT ORDER

A draft order approving the First Report of the Receiver is attached as **Exhibit "D".**

## TABLE OF EXHIBITS

**EXHIBIT A – FINANCIAL STATEMENTS**
**EXHIBIT B – REAL ESTATE TAX BILL**
**EXHIBIT C – RECEIVER'S FEES**
**EXHIBIT D – DRAFT ORDER APPROVING REPORT**

### Contact Information for the Receiver

Joshua E. Joseph
707 Skokie Boulevard, Suite 580
Northbrook, IL 60062
(847) 770-6262 Phone
jjoseph@frontlinerepartners.com

Respectfully submitted,

Joshua Joseph, Receiver

# EXHIBIT A

4958 W Irving Park, Chicago, IL (4958wirv)

# Income Statement

Period = Feb 2015-May 2015
Book = Cash ; Tree = ysi_is

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **OPERATING INCOME** | | | | |
| | | | | |
| RENTAL REVENUE | | | | |
| Rent | 8,000.00 | 99.94 | 8,000.00 | 99.94 |
| Prepaid Rent | 5.00 | 0.06 | 5.00 | 0.06 |
| TOTAL RENTAL REVENUE | 8,005.00 | 100.00 | 8,005.00 | 100.00 |
| | | | | |
| **TOTAL INCOME** | **8,005.00** | **100.00** | **8,005.00** | **100.00** |
| | | | | |
| **NET OPERATING INCOME** | **8,005.00** | **100.00** | **8,005.00** | **100.00** |
| | | | | |
| **NET INCOME (LOSS)** | **8,005.00** | **100.00** | **8,005.00** | **100.00** |

Thursday, June 04, 2015
05:45 PM

**4958 W Irving Park Rd**
**Bank Reconciliation Report**
**05/31/2015**
**0550195020**

06/04/2015

**Balance Per Bank Statement as of 05/31/2015**          8,005.00

                     **Reconciled Bank Balance**                      8,005.00


**Balance per GL as of 05/31/2015**          8,005.00

                     **Reconciled Balance Per G/L**                      8,005.00


**Difference**          (Reconciled Bank Balance And Reconciled Balance Per G/L)                      0.00


**Cleared Items :**

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|------|--------|-------|--------|--------------|
| 05/14/2015 | 3 | | 4,000.00 | 05/31/2015 |
| 05/28/2015 | 4 | | 5.00 | 05/31/2015 |
| **Total  Cleared Deposits** | | | **4,005.00** | |

# FIRSTMERIT.
**Bank**

**FirstMerit Bank, N.A.**
295 FirstMerit Circle
Akron Ohio 44307-2359

Page 1 of 2

**Statement Period**
May 1, 2015 to
May 31, 2015
**Primary Account**
50 5019 5020

FL RC MANAGEMENT LLC
RECEIVER FOR THE
4958 W IRVING PARK RD PROPERTY
707 SKOKIE BLVD STE 580
NORTHBROOK IL  60062

**Questions?**
**1-888-283-2303**

33916 - 30
5

## Summary of Accounts

### Deposit Accounts

| | | |
|---|---|---|
| REALITY BUSINESS PRO | 50 5019 5020 | 8,005.00 |
| **Total Deposit Accounts** | | **8,005.00** |

**REALITY BUSINESS PRO**
**50 5019 5020**

FL RC MANAGEMENT LLC
RECEIVER FOR THE
4958 W IRVING PARK RD PROPERTY

### Account Summary

| | |
|---|---|
| Beginning Balance as of May 1, 2015 | 4,000.00 |
| 2   Deposits and Credits | 4,005.00 |
| Ending Balance as of May 31, 2015 | 8,005.00 |

### Other Transactions

| Date | Description | Withdrawals | Deposits |
|---|---|---|---|
| May 15 | DEPOSIT | | 4,000.00 |
| May 29 | DEPOSIT | | 5.00 |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Apr 30 | 4,000.00 | May 15 | 8,000.00 | May 29 | 8,005.00 |

For Deaf and Hearing Impaired (TTY/TDD) Call 1-800-572-6040

**4958 W Irving Park Rd**

**Bank Reconciliation Report**

**04/30/2015**

05/05/2015

0550195020

| | | |
|---|---|---|
| Balance Per Bank Statement as of 04/30/2015 | 4,000.00 | |
| Reconciled Bank Balance | | 4,000.00 |

| | | |
|---|---|---|
| Balance per GL as of 04/30/2015 | 4,000.00 | |
| Reconciled Balance Per G/L | | 4,000.00 |

| | |
|---|---|
| Difference | 0.00 |

**Cleared Items :**

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 04/02/2015 | 1 | | 2,500.00 | 04/30/2015 |
| 04/13/2015 | 2 | | 1,500.00 | 04/30/2015 |
| **Total** | **Cleared Deposits** | | **4,000.00** | |

# FIRSTMERIT.
### Bank

**FirstMerit Bank, N.A.**
295 FirstMerit Circle
Akron Ohio 44307-2359

Page 1 of 2

**Statement Period**
Apr 1, 2015 to
Apr 30, 2015
**Primary Account**
50 5019 5020

FL RC MANAGEMENT LLC
RECEIVER FOR THE
4958 W IRVING PARK RD PROPERTY
707 SKOKIE BLVD STE 580
NORTHBROOK IL  60062

**Questions?**
1-888-283-2303

34519 - 30

## Summary of Accounts

### Deposit Accounts

| | | |
|---|---|---|
| REALITY BUSINESS PRO | 50 5019 5020 | 4,000.00 |
| **Total Deposit Accounts** | | **4,000.00** |

**REALITY BUSINESS PRO**
**50 5019 5020**

FL RC MANAGEMENT LLC
RECEIVER FOR THE
4958 W IRVING PARK RD PROPERTY

### Account Summary

| | |
|---|---|
| Beginning Balance as of Apr 1, 2015 | 0.00 |
| 2   Deposits and Credits | 4,000.00 |
| Ending Balance as of Apr 30, 2015 | 4,000.00 |

### Other Transactions

| Date | Description | Withdrawals | Deposits |
|---|---|---|---|
| Apr 3 | DEPOSIT | | 2,500.00 |
| Apr 14 | DEPOSIT | | 1,500.00 |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Mar 31 | 0.00 | Apr 3 | 2,500.00 | Apr 14 | 4,000.00 |

Effective July 1, 2015, changes have been made to the *Deposit Accounts Terms and Conditions*

1.  A notice that consumer Accounts used for business purposes may be converted to a business Account;
2.  Disclosure to our business customers that FirstMerit may make deposits to your account via ACH CTX and/or CCD entries without notice to you;
3.  Clarification that it is your obligation to review statements and to report irregularities promptly upon the first instance, if recurring;
4.  Enhanced disclosure regarding the prohibition against the use of your Account for illegal Internet Gambling;

For Deaf and Hearing Impaired (TTY/TDD) Call 1-800-572-6040

6/4/2015 4:48 PM

4958 W Irving Park, Chicago, IL (4958wirv)

## Receipt Register

Period = Feb 2015-May 2015

| Control | Batch | Period | Date | Person | Property | Account | Amount | Reference | Notes |
|---------|-------|--------|------|--------|----------|---------|--------|-----------|-------|
| R-14907 | 3772 | 04-2015 | 4/2/2015 | Associates for General Dentistry(general) | 4958wirv | | 2,500.00 | | |
| R-15021 | 3820 | 04-2015 | 4/13/2015 | Center for Podiatric Medicine(podiatr) | 4958wirv | | 1,500.00 | | |
| R-15574 | 3948 | 05-2015 | 5/14/2015 | Center for Podiatric Medicine(podiatr) | 4958wirv | | 1,500.00 | | |
| R-15575 | 3948 | 05-2015 | 5/14/2015 | Associates for General Dentistry(general) | 4958wirv | | 2,500.00 | | |
| R-15691 | 3984 | 05-2015 | 5/28/2015 | Associates for General Dentistry(general) | 4958wirv | | 5.00 | | |
| | | | | | | **Total** | 8,005.00 | | |

6/4/2015 4:50 PM

4958 W Irving Park, Chicago, IL (4958wirv)

**Check Register**

Period = Feb 2015-May 2015

| Control | Batch | Period | Date | Person | Property | Account | Amount | Reference | Notes |
|---------|-------|--------|------|--------|----------|---------|--------|-----------|-------|
| | | | | | | Total | 0.00 | | |

**Aged Receivables Report**

Detail by Resident
Property: 4958 W Irving Park, Chicago, IL (4958wi

Trans through: 5/2015

Age As of: 5/31/2015

Page 1

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|------|----------|-------------|----------------------|-------------|--------------|--------------|--------------|-------------|---------|
| **4958wirv - 4958 W Irving Park, Chicago, IL** | | | | | | | | | |
| 100 | general | Associates for General Dentistry | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -5.00 | -5.00 |
| **Total 4958wirv** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-5.00** | **-5.00** |
| **Total** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **-5.00** | **-5.00** |

Thursday, June 4, 2015

**Rent Roll - Occupancy Summary**
As of Date: 05/31/2015   Show Excluded Units: No   Show All Amounts: Annual

Page 1

Property: 4958 W Irving Park, Chicago, IL - 4958wirv

| Unit | Lease Name | Lease Type | Lease From | Lease To | Term (Months) | Area | Base Rent | Rent Per Area | Recovery Per Area | Misc Per Area | Total Per Area | Deposit |
|------|------------|------------|------------|----------|---------------|------|-----------|---------------|-------------------|---------------|----------------|---------|
| 100 | Associates for Gener | Office - Gross | 04/01/2015 | | - | 1,500 | 30,000.00 | 20.00 | 0.00 | 0.00 | 20.00 | 0.00 |
| 101 | Center for Podiatric | Office - Gross | 04/01/2015 | | - | 2,000 | 18,000.00 | 9.00 | 0.00 | 0.00 | 9.00 | 0.00 |

**Summary**

| | Total Units | Percentage | Total Area | Percentage | Total Base Rent | Total Rent Per Area | Total Recovery Per Area | Total Misc Per Area | Total Charges Per Area | Total Deposit |
|---|-------------|------------|------------|------------|-----------------|---------------------|-------------------------|---------------------|------------------------|---------------|
| Occupied | 2 | 100.00% | 3,500 | 100.00% | 48,000.00 | 13.71 | 0.00 | 0.00 | 13.71 | 0.00 |
| Vacant | 0 | 0.00% | 0 | 0.00% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals** | **2** | | **3,500** | | **48,000.00** | **13.71** | **0.00** | **0.00** | **13.71** | **0.00** |

# EXHIBIT B

## Cook County Property Tax Portal Search Results

Back to Results »   Search Again »



13164280230000   06/23/2008

View on CookViewer Map »

### Property Characteristics

Tax Calculator                    More Property Characteristic Information »

**Info for Tax Year: 2014**

| | |
|---|---|
| PIN: | 13-16-428-023-0000 |
| Address: | 4958 W IRVING PARK RD |
| City: | CHICAGO |
| Zip Code: | 60641 |
| Township: | JEFFERSON |

**Info for Tax Year: 2014**

| | | |
|---|---|---|
| Estimated Property Value: | $531,296 | |
| Total Assessed Value: | 132,824 | Assessed Value History |
| Lot Size (SqFt): | 4,156 | |
| Building (SqFt): | | |
| Property Class: | 5-17 | Property Class Description |

### Tax Bill Mailing Address

**Info for Tax Year: 2014**

SEVERKO HRYWNAK
50 N MAIN ST
MT PROSPECT, IL 60056

Update Mailing Address »

### Other Related Information

| | | |
|---|---|---|
| Tax Rate (2013): | 7.332 | Tax Rate History |
| Tax Code (2014): | 71096 | |

View Taxing Districts' Financial Statements »

More Tax Rate Information »

### Tax Billed Amounts & Tax History

| | | |
|---|---|---|
| 2014: | $14,258.91 * | Pay Online: $15,114.43 due |
| 2013: | $25,925.29 | Paid in Full |
| 2012: | $25,686.83 | Payment History |
| 2011: | $23,437.46 | Payment History |
| 2010: | $23,656.29 | Payment History |

* = (1st Install Only)
More Payment Options, Instructions & Tax Bill Requests »

### Exemptions

| | |
|---|---|
| 2014: | Not Available |
| 2013: | 0 Exemptions Received |
| 2012: | 0 Exemptions Received |
| 2011: | 0 Exemptions Received |
| 2010: | 0 Exemptions Received |

More Exemption Information »

### Appeals

| | |
|---|---|
| 2014: | Not Accepting Appeals |
| 2013: | Appeal Filed |
| 2012: | Not Accepting Appeals |
| 2011: | Not Accepting Appeals |
| 2010: | Not Accepting Appeals |

More Appeal Information »

### Refunds Available

No Refund Available

More Refund Information »

### Tax Sale (Delinquencies)

| | |
|---|---|
| 2014: | Tax Sale Has Not Occurred |
| 2013: | Tax Sale Has Not Occurred |
| 2012: | No Tax Sale |
| 2011: | No Tax Sale |
| 2010: | No Tax Sale |

More Tax Sale Information »

### Documents, Deeds & Liens

1113939070 - ASSIGNMENT - 05/19/2011
1113939069 - ASSIGNMENT - 05/19/2011
0831535127 - RELEASE - 11/10/2008
0827708004 - MODIFICATION - 10/03/2008
0411033110 - MORTGAGE - 04/19/2004

More Record Information »

All years referenced herein denote the applicable tax year (i.e., the year for which taxes were assessed). Parcels may from time to time be consolidated or subdivided. If information regarding a particular PIN appears to be missing for one or more tax years, it is possible that the PIN has changed due to a consolidation or subdivision. Users may contact the Cook County Clerk's Office for information regarding PIN lineage. Users should also note that the information displayed on this site does not include special assessments (which are billed and collected by municipalities) or omitted taxes (which are assessed on an ad hoc basis by the Cook County Assessor's Office). Please direct inquiries regarding the status of special assessments to your municipality. Questions regarding omitted taxes should be directed to the Assessor's Office.

**Note: This printout cannot be used as a tax bill.**

© 2012 - 2014 Cook County Property Tax Portal - All Rights Reserved.  Disclaimer

CookCountyPropertyInfo.com

# EXHIBIT C

**Billing Statement for Receiver's Fees**                    6/12/15

| Period | Monthly Fee | | Proration | | Fees Due |
|---|---|---|---|---|---|
| 2/25/15 – 2/28/15 | $1,000.00 | x | 4 / 28 | = | $142.86 |
| 3/1/15 – 3/31/15 | $1,000.00 | x | 31 / 31 | = | $1,000.00 |
| 4/1/15 – 4/30/15 | $1,000.00 | x | 30 / 30 | = | $1,000.00 |
| 5/1/15 – 5/31/15 | $1,000.00 | x | 31 / 31 | = | $1,000.00 |
| **TOTAL FLAT FEES** | | | | | **$3,142.86** |

**Receiver's Fees:**                    $3,142.86

**Receiver's Expenses:**                    $0.00

**Total Amount Due:**                    **$3,142.86**

# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| FIRSTMERIT BANK, N.A. | ) | |
| | ) | Case No. 1:15-cv-10262 |
| Plaintiff, | ) | |
| | ) | Honorable Virginia M. Kendall |
| v. | ) | |
| | ) | |
| SEVERKO HRYWNAK, et al. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER coming on to be heard before this Honorable Court on approval of the First Report of the Receiver, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED THAT:**

1. The First Report of the Receiver is approved including all fees and expenses of the Receiver as detailed in the Report;

2. The Receiver's Second Report shall cover the period of June 1, 2015 through August 31, 2015, and shall be filed on or before September 15, 2015;

3. The approval hearing for the Second Report of the Receiver shall be on _____, 2015 at _____ am/pm in Courtroom 2319 of the United States District Court For The Northern District of Illinois, 219 South Dearborn Street, Chicago, IL 60604.

**E N T E R:**

_____
**JUDGE**

**Dated:** _____

Joshua Joseph, Receiver
707 Skokie Boulevard, Suite 580
Northbrook, IL 60062
(847) 770-6262