# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FIRSTMERIT BANK, N.A., | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 1:15-cv-01262 |
| SEVERKO HRYWNAK, UNITED STATES OF AMERICA | ) Hearing Date: July 1, 2015 <br> ) Hearing Time: 9:00 a.m. |
|     Defendants. | ) |

## NOTICE OF MOTION

To: Persons Listed on the Attached Service List

    PLEASE TAKE NOTICE THAT on **July 1, 2015 at 9:00 a.m.,** the undersigned shall appear in front of the Honorable Virginia M. Kendall, or any other Judge sitting in her stead in Courtroom 2319 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **Motion to Approve the Receiver's First Report,** a copy of which is attached hereto and herewith served upon you.

Dated: June 25, 2015

                                                                 Respectfully submitted,

                                                                 FirstMerit Bank, N.A.

                                                                 By: /s/ Bryan E. Minier
                                                                       One of its attorneys

Bryan E. Minier (ARDC # 6275534)
David M. Serritella (ARDC # 6306972)
Pedersen & Houpt
161 N. Clark Street, Suite 2700
Chicago, Illinois 60601
Telephone: (312) 261-2265
Facsimile: (312) 261-1265
bminier@pedersenhoupt.com
dserritella@pedersenhoupt.com