## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

FirstMerit Bank, N.A.

                              Plaintiff,

v.                                                 Case No.: 1:15−cv−01262
                                                     Honorable Virginia M. Kendall

Severko Hrywnak, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 16, 2015:

      MINUTE entry before the Honorable Virginia M. Kendall:Initial status hearing held on 7/16/2015. Plaintiff's motion for summary judgment with supporting memoranda due by 10/8/2015. Responses due by 11/5/2015. Replies due by 11/19/2015. Ruling will be made by mail. Status hearing set for 10/5/2015 at 09:00 AM.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.