

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

Firstmerit Bank N.A.

Plaintiff(s),

v.

Severko Hrywnak, U.S.A.

Defendant(s).

Case No. 15 c 1262
Judge Virginia M. Kendall

## ORDER

Enter order granting ex parte motion for appointment of receiver.

Date: 8/14/2015

Virginia M. Kendall
United States District Judge

2015 AUG 18  AM 8: 21