IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FIRSTMERIT BANK, N.A., | ) |
| Plaintiff, | ) Case No. 1:15-cv-01262 |
| v. | ) |
| SEVERKO HRYWNAK, UNITED STATES OF AMERICA | ) |
| Defendant. | ) |

## ~~PROPOSED~~ ORDER GRANTING EX PARTE MOTION FOR APPOINTMENT OF RECEIVER

THIS MATTER having come to be heard upon plaintiff FirstMerit Bank, N.A.'s (the "Plaintiff") Ex Parte Motion for the Appointment of Receiver (the "Motion")[1] filed by the Plaintiff pursuant to 735 ILCS 5/15-1701 *et seq.*; the Court having considered the allegations of the Motion and the argument of counsel; the Court finding that the Plaintiff has established a *prima facie* case that the appointment of a receiver is both necessary and proper;

IT IS HEREBY ORDERED THAT:

1. Joshua Joseph of Frontline Real Estate Partners LLC (the "Receiver"), who is not a party, attorney or person interested in this action is hereby appointed as receiver to manage the Mortgaged Premises covered by the Mortgages as described at Paragraphs 1, 2, 3, 4, 5, and 6 of the Verified Complaint For Foreclosure of Commercial Mortgage and Related Relief filed with the Court on February 10, 2015 (the "Verified Complaint"), which appointment shall become effective upon entry of this Order;

2. The Receiver is hereby empowered and directed to take charge and possession of

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

the Mortgaged Premises immediately and is hereby vested with all of the power and authority allowed to a receiver under 735 ILCS 5/15-1704. All defendants named herein are ordered and directed to deliver forthwith to the Receiver possession of the Mortgaged Premises together with all rents, revenues, issues, proceeds, profits and security deposits from the Mortgaged Premises, in the possession or control of any of the defendants named herein, together with all books, records, accounts, ledgers, keys, insurance policies, certifications and other insurance records relating to the Mortgaged Premises, maintenance and service contracts, and all other documentation relating to and necessary to the continuing management or development of the Mortgaged Premises;

3. The Receiver is hereby authorized to exercise all the powers which may be necessary or useful for the protection, possession, preservation, control, management and operation of the Mortgaged Premises including but not limited to those powers of the receiver set forth in the Notes and Mortgages. The Receiver is hereby authorized to incur such expenses and liabilities and make such disbursements as may in his judgment be advisable, useful or necessary in connection with the foregoing, including, but not limited to, obtain funds necessary to administer his duties as receiver, retain counsel to advise him in the performance of his duties, pay real estate taxes and utility bills and assessments, pay general expenses for maintenance and repair of the Mortgaged Premises and procure proper insurance coverage, including but not limited to such coverage as is described in the Notes and the Mortgages. The Receiver is authorized to transfer and/or substitute such accounts into the name of the Receiver. It is further ordered that the Receiver be and is hereby authorized to employ such agents and employees as may in his judgment be advisable, useful and necessary in the protection, possession, preservation, control, management and operation of the Mortgaged Premises and to make such

payments and disbursements as may be necessary and proper for the protection, possession, preservation, control, management and operation of the Mortgaged Premises.

4. The Receiver is authorized to protect, possess, preserve, control, manage and operate the Mortgaged Premises and shall do so in a competent professional manner. Such authority shall include but is not limited to the authority of the Receiver to take all actions necessary to enforce or terminate any and all leases. It is further ordered that the Receiver is hereby authorized to use any personal property on the Mortgaged Premises, subject to any and all rights of the defendants herein or any rights that third parties may have in and to such personal property.

5. The Receiver is hereby authorized to forcibly enter the Mortgaged Premises commonly known as 4958 West Irving Park Road, Chicago, Illinois 60641 in order to exercise all the powers which may be necessary or useful for the protection, possession, preservation, control, management and operation of the Mortgaged Premises;

6. The Receiver shall be compensated for the fair and reasonable value of his services out of the proceeds from the assets at the straight monthly rate of $1,000 per month.

The Receiver shall also be reimbursed for his expenses reasonably incurred in the performance of his duties and functions under this Order;

7. The Receiver need not post a bond in the above-captioned matter; and

8. The Receiver shall file initial reports on or before _____, ____ with a hearing thereon to be conducted on _____, 2015 at ____ a.m.

Dated: 8-14-15

ENTERED:

By: _____

Order Prepared By:

Bryan E. Minier (ARDC No. 6275534)
David M. Serritella (ARDC No. 6306972)
Pedersen & Houpt, P.C.
161 N. Clark Street, Suite 2700
Chicago, Illinois 60601
Phone: (312) 261-2265
Fax:    (312) 261-1265

*(Counsel for FirstMerit Bank, N.A.)*