UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

FirstMerit Bank, N.A.
        Plaintiff,

v.                Case No.: 1:15−cv−01262
                Honorable Virginia M. Kendall

Severko Hrywnak, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 29, 2015:

  MINUTE entry before the Honorable Virginia M. Kendall:Status hearing held on 9/29/2015. The Court grants in part the objections to the extent that a bond is agreed upon by the defense in the amount of $10,000.00, to be posted by 10/2/2015. All of the objections are denied. Defendant had an opportunity to present evidence of the insurance and failed to do so and all objections regarding service have been waived. Status hearing set for 10/5/2015 is stricken. Status hearing set for 12/17/2015 at 09:00 AM.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.