**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| FIRSTMERIT BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:15-cv-01262 |
| SEVERKO HRYWNAK, UNITED STATES OF AMERICA | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR SUMMARY**
**JUDGMENT AND JUDGMENT OF FORECLOSURE AND SALE**

Plaintiff, FirstMerit Bank, N.A. ("Plaintiff" or "First Merit"), by and through its attorneys, Pedersen & Houpt, P.C., files this motion for the entry of an order of summary judgment and judgment of foreclosure and sale in its favor and against defendants Severko Hrywnak ("Hrywnak") and the United States of American ("USA") pursuant to Federal Rule of Civil Procedure 56. As further explained in Plaintiff's memorandum in support of this motion, FirstMerit is entitled to judgment as a matter of law for the following reasons:

- There is no genuine issue of material fact regarding Hrywnak's failure to pay amounts due and owing under the Note[1] as Hrywnak has admitted that he failed to pay the Note.

- There is no genuine issue of material fact regarding FirstMerit's standing to enforce the Note and foreclose on the Mortgage.

- The USA has filed a conditional waiver and consent to a judgment of foreclosure and sale.

- The Verified Complaint is otherwise in conformity with the statutory form for a foreclosure in Illinois.

---

[1] Capitalized terms not otherwise defined herein have the meaning ascribed to them in Plaintiff's Verified Complaint for Foreclosure of Commercial Mortgage and Related Relief (the "Verified Complaint").

Accordingly, FirstMerit respectfully requests that the Court enter summary judgment in the amount of $390,976.85, plus interest, and judgment of foreclosure and sale against Hrywnak and the USA on Counts I through III of the Verified Complaint.

Dated:  October 9, 2015

Respectfully submitted,

FirstMerit Bank, N.A.

By:  /s/ Bryan E. Minier
     One of its attorneys

Bryan E. Minier (ARDC # 6275534)
Pedersen & Houpt, P.C.
161 N. Clark Street, Suite 2700
Chicago, Illinois 60601
Telephone:  (312) 261-2265
bminier@pedersenhoupt.com