## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

FirstMerit Bank, N.A.

                Plaintiff,

v.

                                Case No.: 1:15–cv–01262
                                Honorable Virginia M. Kendall

Severko Hrywnak, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 12, 2015:

        MINUTE entry before the Honorable Virginia M. Kendall:Motion for extension of time to file response/reply regarding MOTION by Plaintiff FirstMerit Bank, N.A. for summary judgment [50] is granted. Responses due by 12/10/2015. Replies due by 12/30/2015. Ruling will be made by mail.Advised in open court notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.