**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FIRSTMERIT BANK, N.A. | ) | |
| | ) | Case No. 1:15-cv-01262 |
| Plaintiff, | ) | |
| | ) | Honorable Virginia M. Kendall |
| v. | ) | |
| | ) | |
| SEVERKO HRYWNAK, et al. | ) | |
| | ) | |
| Defendant. | ) | |

### THIRD REPORT OF THE RECEIVER

The Receiver, Joshua E. Joseph, herewith submits a Second Report of Receiver summarizing the activities performed by the Receiver from **September 1, 2015 through November 30, 2015**. Pursuant to the Court Order entered February 25, 2015, Joshua E. Joseph was appointed Receiver for the mortgaged real estate in the above case commonly known as 4958 W. Irving Park Road, Chicago, Cook County, Illinois (the "Property"). The Property is a single-story, two-unit office building estimated to be 4,000 square feet in size.

### RECEIVER ACTIVITY

During the current reporting period, the Receiver performed regular inspections of the Property. The building appears to be in good overall condition. Certain roof repairs referenced in the Receiver's Second Report were performed. There are still stained ceiling tiles inside the space that were not replaced as part of the roof repair scope of work. The Receiver also arranged for new waste removal services at a lower cost than the previous service. The new dumpster has a lock to prevent unauthorized dumping. Snow removal services were also bid out and arranged for the season.

The Receiver has been in discussions with the mortgagor to establish a lease agreement for the term of the receivership for the space previously occupied by the Center for Podiatric Medicine. The Receiver's counsel has drafted a lease which has been sent to mortgagor for review. The Receiver is also discussing whether the other tenant at the Property has interest in signing a written lease.

The Receiver has also verified that the Property is insured under a policy with a term expiring 6/17/16. A certificate of insurance is attached as **Exhibit "A".**

### BANKING & FINANCIAL INFORMATION

The Receiver has opened a bank account to deposit rental income and pay operating expenses for the Property. During the current reporting period, a total of $9,000.00 of rental income was

- 1 -

collected. Total expenses paid during the period were $13,054.00. The net operating income for this period was -$4,054.00. The cash balance on hand as of November 30, 2015 was $12,803.14.

In addition, the Receiver is holding $3,000.00 of use & occupancy payments from the mortgagor for the months of October and November, 2015. The Receiver received these payments after serving the 30-day termination notice and seeks to accept the funds as use and occupancy for the months of October and November, 2015. As of December 10, 2015, no use and occupancy payments have been received for December, 2015.

Financial statements including bank statements, income/expense statement, receipt register, check register, and rent roll are attached hereto as **Exhibit "B".**

## REAL ESTATE TAXES

There is one PIN associated with the Property: 13-16-428-023-0000. Both installments of 2014 taxes payable 2015 were paid on July 30, 2015. The taxes were paid by a party other than the Receiver. A copy of the most recent tax bill from the Cook County Treasurer's website is attached hereto as **Exhibit "C".**

## RECEIVER'S FEES

A billing statement for the Receiver's fees is attached as **Exhibit "D"** to this report.

## TABLE OF EXHIBITS

**EXHIBIT A** – INSURANCE
**EXHIBIT B** – FINANCIAL STATEMENTS
**EXHIBIT C** – REAL ESTATE TAX BILL
**EXHIBIT D** – RECEIVER'S FEES

## Contact Information for the Receiver

Joshua E. Joseph
477 Elm Place
Highland Park, IL 60035
(847) 780-8060 Phone
jjoseph@frontlinerepartners.com

Respectfully submitted,

Joshua Joseph, as Receiver 15-cv-01262

# EXHIBIT A

**ACORD®**

## CERTIFICATE OF LIABILITY INSURANCE

FRONT 521 | OP ID: DU

DATE (MM/DD/YYYY) 06/17/2015

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: | GEORGE PRATIKAKIS | | |
|---|---|---|---|---|
| Crandall, Dubow & Harner, Inc. 3175 Commercial Ave., Ste 200 Northbrook, IL 60062 Mike Dubow | PHONE (A/C, No, Ext): 847-656-8442 | | FAX (A/C, No): 847-205-1919 | |
| | E-MAIL ADDRESS: GEORGEP@TOTINS.COM | | | |
| | INSURER(S) AFFORDING COVERAGE | | | NAIC # |
| | INSURER A : Endurance Am Specialty Ins. Co | | | 41718 |
| INSURED   Frontline Real Estate Partners Joshua Joseph 707 Skokie Blvd., Suite 580 Northbrook, IL 60062 | INSURER B : | | | |
| | INSURER C : | | | |
| | INSURER D : | | | |
| | INSURER E : | | | |
| | INSURER F : | | | |

## COVERAGES     CERTIFICATE NUMBER:     REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X  COMMERCIAL GENERAL LIABILITY | X | | CBP20000620700 | 06/17/2015 | 06/17/2016 | EACH OCCURRENCE | $ 1,000,000 |
| | ___ CLAIMS-MADE  X  OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | ___ POLICY  ___ PRO-JECT  ___ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | ___ OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ___ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ___ ALL OWNED AUTOS  ___ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ___ HIRED AUTOS  ___ NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ___ UMBRELLA LIAB  ___ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ___ EXCESS LIAB  ___ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | ___ DED  ___ RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY    Y / N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | | | | | ___ PER STATUTE  ___ OTH-ER | |
| | | | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| A | PROPERTY | X | | CBP20000620700 | 06/17/2015 | 06/17/2016 | BLDG | 330,000 |
| | | | | | | | DED | 2,500 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)

**THE CERTIFICATE HOLDER IS THE ADDITIONAL INSURED AS REQUIRED BY CONTRACT.**

**\*\*\*\*\*SEE ATTACHED FOR ADDITIONAL INSUREDS\*\*\*\*\***

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| JOSHUA JOSEPH AS RECEIVER 707 SKOKIE BLVD., SUITE 580 NORTHBROOK, IL 60062 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. |
| | AUTHORIZED REPRESENTATIVE *Michael H. Dow* |

© 1988-2014 ACORD CORPORATION. All rights reserved.

ACORD 25 (2014/01)     The ACORD name and logo are registered marks of ACORD

**NOTEPAD:**

HOLDER CODE

INSURED'S NAME **Frontline Real Estate Partners**

FRONT11

OP ID: DU

PAGE **2**

Date **06/17/2015**

ADDITIONAL INSUREDS AS REQUIRED BY CONTRACT:

FL RC MANAGEMENT LLC

SEVERKO HRYWNAK

# EXHIBIT B

4958 W Irving Park, Chicago, IL (4958wirv)

# Income Statement

Period = Sep 2015-Nov 2015

Book = Cash ; Tree = ysi_is

| | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **OPERATING INCOME** | | | | |
| | | | | |
| RENTAL REVENUE | | | | |
| Rent | 7,500.00 | 83.33 | 24,500.00 | 84.48 |
| Prepaid Rent | 1,500.00 | 16.67 | 4,500.00 | 15.52 |
| TOTAL RENTAL REVENUE | 9,000.00 | 100.00 | 29,000.00 | 100.00 |
| | | | | |
| **TOTAL INCOME** | **9,000.00** | **100.00** | **29,000.00** | **100.00** |
| | | | | |
| | | | | |
| **OPERATING EXPENSES** | | | | |
| | | | | |
| **NON RECOVERABLE OPERATING EXPENSES** | | | | |
| HVAC R&M | 120.00 | 1.33 | 120.00 | 0.41 |
| Tenant Space R&M | 500.00 | 5.56 | 500.00 | 1.72 |
| TOTAL NON-RECOVERABLE R&M | 620.00 | 6.89 | 620.00 | 2.14 |
| | | | | |
| NON-RECOVERABLE G&A | | | | |
| Legal Fees | 5,086.00 | 56.51 | 5,086.00 | 17.54 |
| Other Professional Fees | 3,000.00 | 33.33 | 6,142.86 | 21.18 |
| Site Inspections | 125.00 | 1.39 | 125.00 | 0.43 |
| TOTAL NON-RECOVERABLE G&A | 8,211.00 | 91.23 | 11,353.86 | 39.15 |
| | | | | |
| **TOTAL NON RECOVERABLE EXPENSES** | **8,831.00** | **98.12** | **11,973.86** | **41.29** |
| | | | | |
| **RECOVERABLE EXPENSES** | | | | |
| | | | | |
| REPAIRS & MAINTENANCE | | | | |
| Roof R&M | 2,475.00 | 27.50 | 2,475.00 | 8.53 |
| TOTAL REPAIRS & MAINTENANCE | 2,475.00 | 27.50 | 2,475.00 | 8.53 |
| | | | | |
| INSURANCE | | | | |
| Insurance | 1,668.00 | 18.53 | 1,668.00 | 5.75 |
| TOTAL INSURANCE | 1,668.00 | 18.53 | 1,668.00 | 5.75 |
| | | | | |
| G&A RECOVERABLE EXPENSES | | | | |
| Office Supplies | 71.51 | 0.79 | 71.51 | 0.25 |
| Postage | 8.49 | 0.09 | 8.49 | 0.03 |
| TOTAL G&A RECOVERABLE EXPENSES | 80.00 | 0.89 | 80.00 | 0.28 |
| | | | | |
| **TOTAL RECOVERABLE EXPENSES** | **4,223.00** | **46.92** | **4,223.00** | **14.56** |
| | | | | |
| **TOTAL OPERATING EXPENSES** | **13,054.00** | **145.04** | **16,196.86** | **55.85** |
| | | | | |
| **NET OPERATING INCOME** | **-4,054.00** | **-45.04** | **12,803.14** | **44.15** |
| | | | | |
| **NET INCOME (LOSS)** | **-4,054.00** | **-45.04** | **12,803.14** | **44.15** |

**4958 W Irving Park Rd**
**Bank Reconciliation Report**
**11/30/2015**
0550195020

12/10/2015

| | | |
|---|---|---|
| **Balance Per Bank Statement as of 11/30/2015** | 12,803.14 | |
| **Reconciled Bank Balance** | | 12,803.14 |
| **Balance per GL as of 11/30/2015** | 12,803.14 | |
| **Reconciled Balance Per G/L** | | 12,803.14 |
| **Difference** | | 0.00 |

**Cleared Items :**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 11/12/2015 | 1009 | aasecur - A&A Security Safety Suppy, Inc | 500.00 | 11/30/2015 |
| 11/12/2015 | 1010 | stahlcowen - Stahl Cowen Crowley Addis LLC | 775.00 | 11/30/2015 |
| **Total  Cleared Checks** | | | **1,275.00** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 11/06/2015 | 13 | | 2,500.00 | 11/30/2015 |
| **Total  Cleared Deposits** | | | **2,500.00** | |

**FirstMerit Bank, N.A.**
295 FirstMerit Circle
Akron Ohio 44307-2359

# FIRSTMERIT.
### Bank

Page 1 of 2

+ 0592590 000047096 09FMN1 00076700
FL RC MANAGEMENT LLC
RECEIVER FOR THE
4958 W IRVING PARK RD PROPERTY
477 ELM PL
HIGHLAND PARK IL 60035-2509

**Statement Period**
Nov 1, 2015 to
Nov 30, 2015
**Primary Account**
50 5019 5020

**Questions?**
1-888-283-2303

A

30582 - 30

## Summary of Accounts

### Deposit Accounts

| | | |
|---|---|---|
| REALITY BUSINESS PRO | 50 5019 5020 | 12,803.14 |
| **Total Deposit Accounts** | | **12,803.14** |

**REALITY BUSINESS PRO**
**50 5019 5020**

FL RC MANAGEMENT LLC
RECEIVER FOR THE
4958 W IRVING PARK RD PROPERTY

### Account Summary

| | | |
|---|---|---|
| Beginning Balance as of Nov 1, 2015 | | 11,578.14 |
| 1 Deposits and Credits | | 2,500.00 |
| 2 Withdrawals and Debits | | 1,275.00 |
| Ending Balance as of Nov 30, 2015 | | 12,803.14 |

### Checks

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| Nov 20 | 1009 | 500.00 | Nov 19 | 1010 | 775.00 |
| **Total Checks** | | **1,275.00** | | | |
| **Total Number of Checks** | | **2** | | | |
| # Indicates there is a gap between check numbers | | | | | |

### Other Transactions

| Date | Description | | Withdrawals | Deposits |
|---|---|---|---|---|
| Nov 9 | DEPOSIT | | | 2,500.00 |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Oct 31 | 11,578.14 | Nov 19 | 13,303.14 | Nov 20 | 12,803.14 |
| Nov 9 | 14,078.14 | | | | |

For Deaf and Hearing Impaired (TTY/TDD) Call 1-800-572-6040

### 4958 W Irving Park Rd
### Bank Reconciliation Report
### 10/31/2015
#### 0550195020

11/17/2015

| | | |
|---|---|---|
| Balance Per Bank Statement as of 10/31/2015 | 11,578.14 | |
| Reconciled Bank Balance | | 11,578.14 |
| Balance per GL as of 10/31/2015 | 11,578.14 | |
| Reconciled Balance Per G/L | | 11,578.14 |
| Difference | | 0.00 |

**Cleared Items :**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 09/24/2015 | 1003 | excelroo - Excel Roofing, Inc. | 275.00 | 10/31/2015 |
| 10/01/2015 | 1004 | citychgolaw - City of Chicago - Department of Law | 125.00 | 10/31/2015 |
| 10/01/2015 | 1005 | citychicagod - City of Chicago Dept of Revenue | 120.00 | 10/31/2015 |
| 10/14/2015 | 1006 | fronreal - Frontline Real Estate Partners, LLC | 3,000.00 | 10/31/2015 |
| 10/22/2015 | 1007 | excelroo - Excel Roofing, Inc. | 2,200.00 | 10/31/2015 |
| 10/22/2015 | 1008 | stahlcowen - Stahl Cowen Crowley Addis LLC | 2,527.00 | 10/31/2015 |
| **Total  Cleared Checks** | | | **8,247.00** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 10/01/2015 | 11 | | 2,500.00 | 10/31/2015 |
| 10/19/2015 | 12 | | 1,500.00 | 10/31/2015 |
| **Total  Cleared Deposits** | | | **4,000.00** | |

**FIRSTMERIT.**
**Bank**

**FirstMerit Bank, N.A.**
295 FirstMerit Circle
Akron Ohio 44307-2359

Page 1 of 2

+ 0587294 000048336 09FMN1 00076700
FL RC MANAGEMENT LLC
RECEIVER FOR THE
4958 W IRVING PARK RD PROPERTY
477 ELM PL
HIGHLAND PARK IL 60035-2509

**Statement Period**
Oct 1, 2015 to
Oct 31, 2015
**Primary Account**
50 5019 5020

**Questions?**
1-888-283-2303

29561 – 30

A



## Summary of Accounts

### Deposit Accounts

| | | |
|---|---|---|
| REALITY BUSINESS PRO | 50 5019 5020 | 11,578.14 |
| **Total Deposit Accounts** | | **11,578.14** |

**REALITY BUSINESS PRO**
**50 5019 5020**

FL RC MANAGEMENT LLC
RECEIVER FOR THE
4958 W IRVING PARK RD PROPERTY

### Account Summary

| | | |
|---|---|---|
| Beginning Balance as of Oct 1, 2015 | | 15,825.14 |
| 2 Deposits and Credits | | 4,000.00 |
| 6 Withdrawals and Debits | | 8,247.00 |
| Ending Balance as of Oct 31, 2015 | | 11,578.14 |

### Checks

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| Oct 1 | 1003 | 275.00 | Oct 29 | 1006 | 3,000.00 |
| Oct 9 | 1004 | 125.00 | Oct 28 | 1007 # | 2,200.00 |
| Oct 7 | 1005 | 120.00 | Oct 27 | 1008 | 2,527.00 |

**Total Checks** **8,247.00**
**Total Number of Checks** **6**
   # Indicates there is a gap between check numbers

### Other Transactions

| Date | Description | Withdrawals | Deposits |
|---|---|---|---|
| Oct 2 | DEPOSIT | | 2,500.00 |
| Oct 20 | DEPOSIT | | 1,500.00 |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Sep 30 | 15,825.14 | Oct 7 | 17,930.14 | Oct 27 | 16,778.14 |
| Oct 1 | 15,550.14 | Oct 9 | 17,805.14 | Oct 28 | 14,578.14 |
| Oct 2 | 18,050.14 | Oct 20 | 19,305.14 | Oct 29 | 11,578.14 |

For Deaf and Hearing Impaired (TTY/TDD) Call 1-800-572-6040

4958 W Irving Park, Chicago, IL (4958wirv)

## Balance Sheet

Period = Oct 2015

Book = Cash ; Tree = ysi_bs

| | Current Balance |
|---|---|
| **ASSETS** | |
| | |
| CASH | |
| Cash - Operating | 11,578.14 |
| TOTAL CASH | 11,578.14 |
| | |
| **TOTAL ASSETS** | 11,578.14 |
| | |
| | |
| **LIABILITIES AND CAPITAL** | |
| | |
| **CAPITAL** | |
| Current Period Retained Earnings | 11,578.14 |
| TOTAL CAPITAL | 11,578.14 |
| | |
| **TOTAL LIABILITIES AND CAPITAL** | 11,578.14 |

Tuesday, November 17, 2015
02:45 PM

4958 W Irving Park, Chicago, IL (4958wirv)

## Income Statement

Period = Jan 2015-Oct 2015
Book = Cash ; Tree = ysi_is

|  | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **OPERATING INCOME** |  |  |  |  |
| RENTAL REVENUE |  |  |  |  |
| Rent | 22,000.00 | 83.02 | 22,000.00 | 83.02 |
| Prepaid Rent | 4,500.00 | 16.98 | 4,500.00 | 16.98 |
| TOTAL RENTAL REVENUE | 26,500.00 | 100.00 | 26,500.00 | 100.00 |
| **TOTAL INCOME** | **26,500.00** | **100.00** | **26,500.00** | **100.00** |
| **OPERATING EXPENSES** |  |  |  |  |
| **NON RECOVERABLE OPERATING EXPENSES** |  |  |  |  |
| HVAC R&M | 120.00 | 0.45 | 120.00 | 0.45 |
| TOTAL NON-RECOVERABLE R&M | 120.00 | 0.45 | 120.00 | 0.45 |
| NON-RECOVERABLE G&A |  |  |  |  |
| Legal Fees | 4,311.00 | 16.27 | 4,311.00 | 16.27 |
| Other Professional Fees | 6,142.86 | 23.18 | 6,142.86 | 23.18 |
| Site Inspections | 125.00 | 0.47 | 125.00 | 0.47 |
| TOTAL NON-RECOVERABLE G&A | 10,578.86 | 39.92 | 10,578.86 | 39.92 |
| **TOTAL NON RECOVERABLE EXPENSES** | **10,698.86** | **40.37** | **10,698.86** | **40.37** |
| **RECOVERABLE EXPENSES** |  |  |  |  |
| REPAIRS & MAINTENANCE |  |  |  |  |
| Roof R&M | 2,475.00 | 9.34 | 2,475.00 | 9.34 |
| TOTAL REPAIRS & MAINTENANCE | 2,475.00 | 9.34 | 2,475.00 | 9.34 |
| INSURANCE |  |  |  |  |
| Insurance | 1,668.00 | 6.29 | 1,668.00 | 6.29 |
| TOTAL INSURANCE | 1,668.00 | 6.29 | 1,668.00 | 6.29 |
| G&A RECOVERABLE EXPENSES |  |  |  |  |
| Office Supplies | 71.51 | 0.27 | 71.51 | 0.27 |
| Postage | 8.49 | 0.03 | 8.49 | 0.03 |
| TOTAL G&A RECOVERABLE EXPENSES | 80.00 | 0.30 | 80.00 | 0.30 |
| **TOTAL RECOVERABLE EXPENSES** | **4,223.00** | **15.94** | **4,223.00** | **15.94** |
| **TOTAL OPERATING EXPENSES** | **14,921.86** | **56.31** | **14,921.86** | **56.31** |
| **NET OPERATING INCOME** | **11,578.14** | **43.69** | **11,578.14** | **43.69** |
| **NET INCOME (LOSS)** | **11,578.14** | **43.69** | **11,578.14** | **43.69** |

**4958 W Irving Park Rd**
**Bank Reconciliation Report**
**09/30/2015**
0550195020

10/16/2015

| | | | |
|---|---|---|---|
| Balance Per Bank Statement as of 09/30/2015 | | 15,825.14 | |
| Less: Outstanding Checks | | 275.00 | |
| Reconciled Bank Balance | | | 15,550.14 |
| | | | |
| Balance per GL as of 09/30/2015 | | 15,550.14 | |
| Reconciled Balance Per G/L | | | 15,550.14 |
| | | | |
| Difference | | | 0.00 |

**Cleared Items :**

**Cleared Checks**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 09/17/2015 | 1001 | stahlcowen - Stahl Cowen Crowley Addis LLC | 1,784.00 | 09/30/2015 |
| 09/17/2015 | 1002 | flrcmana - FL RC Management, LLC | 1,748.00 | 09/30/2015 |
| **Total** | **Cleared Checks** | | **3,532.00** | |

**Cleared Deposits**

| Date | Tran # | Notes | Amount | Date Cleared |
|---|---|---|---|---|
| 09/02/2015 | 10 | | 2,500.00 | 09/30/2015 |
| **Total** | **Cleared Deposits** | | **2,500.00** | |

**FIRSTMERIT**
**Bank**

FirstMerit Bank, N.A.
295 FirstMerit Circle
Akron Ohio 44307-2359

Page 1 of 2

**Statement Period**
Sep 1, 2015 to
Sep 30, 2015

**Primary Account**
50 5019 5020

FL RC MANAGEMENT LLC
RECEIVER FOR THE
4958 W IRVING PARK RD PROPERTY
477 ELM PL
HIGHLAND PARK IL  60035

**Questions?**
1-888-283-2303

31317 - 30

A

## Summary of Accounts

### Deposit Accounts

| | | |
|---|---|---|
| REALITY BUSINESS PRO | 50 5019 5020 | 15,825.14 |
| **Total Deposit Accounts** | | **15,825.14** |

**REALITY BUSINESS PRO**
**50 5019 5020**

FL RC MANAGEMENT LLC
RECEIVER FOR THE
4958 W IRVING PARK RD PROPERTY

### Account Summary

| | | |
|---|---|---|
| Beginning Balance as of Sep 1, 2015 | | 16,857.14 |
| 1 Deposits and Credits | | 2,500.00 |
| 2 Withdrawals and Debits | | 3,532.00 |
| Ending Balance as of Sep 30, 2015 | | 15,825.14 |

### Checks

| Date | Number | Amount | Date | Number | Amount |
|---|---|---|---|---|---|
| Sep 21 | 1001 | 1,784.00 | Sep 22 | 1002 | 1,748.00 |
| **Total Checks** | | **3,532.00** | | | |
| **Total Number of Checks** | | **2** | | | |

# Indicates there is a gap between check numbers

### Other Transactions

| Date | Description | Withdrawals | Deposits |
|---|---|---|---|
| Sep 3 | DEPOSIT | | 2,500.00 |

### Daily Balance Information

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Aug 31 | 16,857.14 | Sep 21 | 17,573.14 | Sep 22 | 15,825.14 |
| Sep 3 | 19,357.14 | | | | |

4958 W Irving Park, Chicago, IL (4958wirv)

Page 1

## Balance Sheet

Period = Sep 2015
Book = Cash ; Tree = ysi_bs

| | Current Balance |
|---|---|
| **ASSETS** | |
| | |
| CASH | |
|   Cash - Operating | 15,550.14 |
| TOTAL CASH | 15,550.14 |
| | |
| **TOTAL ASSETS** | **15,550.14** |
| | |
| | |
| **LIABILITIES AND CAPITAL** | |
| | |
| CAPITAL | |
|   Current Period Retained Earnings | 15,550.14 |
| TOTAL CAPITAL | 15,550.14 |
| | |
| **TOTAL LIABILITIES AND CAPITAL** | 15,550.14 |

4958 W Irving Park, Chicago, IL (4958wirv)                                              Page 1

## Income Statement
Period = Jan 2014-Sep 2015
Book = Cash ; Tree = ysi_is

|  | Period to Date | % | Year to Date | % |
|---|---|---|---|---|
| **OPERATING INCOME** | | | | |
| RENTAL REVENUE | | | | |
| Rent | 19,500.00 | 86.67 | 19,500.00 | 86.67 |
| Prepaid Rent | 3,000.00 | 13.33 | 3,000.00 | 13.33 |
| TOTAL RENTAL REVENUE | 22,500.00 | 100.00 | 22,500.00 | 100.00 |
| **TOTAL INCOME** | **22,500.00** | **100.00** | **22,500.00** | **100.00** |
| **OPERATING EXPENSES** | | | | |
| **NON RECOVERABLE OPERATING EXPENSES** | | | | |
| NON-RECOVERABLE G&A | | | | |
| Legal Fees | 1,784.00 | 7.93 | 1,784.00 | 7.93 |
| Other Professional Fees | 3,142.86 | 13.97 | 3,142.86 | 13.97 |
| TOTAL NON-RECOVERABLE G&A | 4,926.86 | 21.90 | 4,926.86 | 21.90 |
| **TOTAL NON RECOVERABLE EXPENSES** | **4,926.86** | **21.90** | **4,926.86** | **21.90** |
| **RECOVERABLE EXPENSES** | | | | |
| REPAIRS & MAINTENANCE | | | | |
| Roof R&M | 275.00 | 1.22 | 275.00 | 1.22 |
| TOTAL REPAIRS & MAINTENANCE | 275.00 | 1.22 | 275.00 | 1.22 |
| INSURANCE | | | | |
| Insurance | 1,668.00 | 7.41 | 1,668.00 | 7.41 |
| TOTAL INSURANCE | 1,668.00 | 7.41 | 1,668.00 | 7.41 |
| G&A RECOVERABLE EXPENSES | | | | |
| Office Supplies | 71.51 | 0.32 | 71.51 | 0.32 |
| Postage | 8.49 | 0.04 | 8.49 | 0.04 |
| TOTAL G&A RECOVERABLE EXPENSES | 80.00 | 0.36 | 80.00 | 0.36 |
| **TOTAL RECOVERABLE EXPENSES** | **2,023.00** | **8.99** | **2,023.00** | **8.99** |
| **TOTAL OPERATING EXPENSES** | **6,949.86** | **30.89** | **6,949.86** | **30.89** |
| **NET OPERATING INCOME** | **15,550.14** | **69.11** | **15,550.14** | **69.11** |
| **NET INCOME (LOSS)** | **15,550.14** | **69.11** | **15,550.14** | **69.11** |

Friday, October 16, 2015
03:15 PM

**12/7/2015 1:54 PM**

4958 W Irving Park, Chicago, IL (4958wirv)

# Receipt Register

Period = Sep 2015-Nov 2015

| Control | Batch | Period | Date | Person | Property | Account | Amount | Reference | Notes |
|---------|-------|--------|------|--------|----------|---------|--------|-----------|-------|
| R-17274 | 4415 | 09-2015 | 9/2/2015 | Associates for General Dentistry(general) | 4958wirv | | 2,500.00 | | |
| R-17743 | 4545 | 10-2015 | 10/1/2015 | Associates for General Dentistry(general) | 4958wirv | | 2,500.00 | | |
| R-18074 | 4656 | 10-2015 | 10/19/2015 | Center for Podiatric Medicine(podiatri) | 4958wirv | | 1,500.00 | | |
| R-18381 | 4726 | 11-2015 | 11/6/2015 | Associates for General Dentistry(general) | 4958wirv | | 2,500.00 | | |
| | | | | | | **Total** | 9,000.00 | | |

**12/7/2015 1:52 PM**

4958 W Irving Park, Chicago, IL (4958wirv)

## Check Register

Period = Sep 2015-Nov 2015

| Control | Batch | Period | Date | Person | Property | Account | Amount | Reference | Notes |
|---------|-------|--------|------|--------|----------|---------|--------|-----------|-------|
| K-14256 | 4624 | 09-2015 | 9/17/2015 | Stahl Cowen Crowley Addis LLC (stahlcowen) | 4958wirv | | 1,784.00 | 1001 | |
| K-14328 | 4654 | 09-2015 | 9/17/2015 | FL RC Management, LLC (flrcmana) | 4958wirv | | 1,748.00 | 1002 | |
| K-14345 | 4664 | 09-2015 | 9/24/2015 | Excel Roofing, Inc. (excelroo) | 4958wirv | | 275.00 | 1003 | |
| K-14482 | 4718 | 10-2015 | 10/1/2015 | City of Chicago - Department of Law (citychgolaw) | 4958wirv | | 125.00 | 1004 | |
| K-14483 | 4718 | 10-2015 | 10/1/2015 | City of Chicago Dept of Revenue (citychicagod) | 4958wirv | | 120.00 | 1005 | |
| K-14697 | 4803 | 10-2015 | 10/14/2015 | Frontline Real Estate Partners, LLC (fronreal) | 4958wirv | | 3,000.00 | 1006 | |
| K-14783 | 4857 | 10-2015 | 10/22/2015 | Excel Roofing, Inc. (excelroo) | 4958wirv | | 2,200.00 | 1007 | |
| K-14784 | 4857 | 10-2015 | 10/22/2015 | Stahl Cowen Crowley Addis LLC (stahlcowen) | 4958wirv | | 2,527.00 | 1008 | |
| K-15161 | 4975 | 11-2015 | 11/12/2015 | A&A Security Safety Suppy, Inc (aasecur) | 4958wirv | | 500.00 | 1009 | |
| K-15162 | 4975 | 11-2015 | 11/12/2015 | Stahl Cowen Crowley Addis LLC (stahlcowen) | 4958wirv | | 775.00 | 1010 | |
| | | | | | | **Total** | 13,054.00 | | |

Page 1

**Property: 4958 W Irving Park, Chicago, IL - 4958wirv**

| Unit | Lease Name | Lease Type | Lease From | Lease To | Term (Months) | Area | Base Rent | Rent Per Area | Recovery Per Area | Misc Per Area | Total Per Area | Deposit |
|------|-----------|-----------|-----------|---------|--------------|------|-----------|--------------|------------------|--------------|---------------|---------|
| 100 | Associates for Gener | Office - Gross | 04/01/2015 | | - | 1,500 | 30,000.00 | 20.00 | 0.00 | 0.00 | 20.00 | 0.00 |
| 101 | VACANT | N/A | | | - | 2,000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary**

| | Total Units | Percentage | | Total Area | Percentage | Total Base Rent | Total Rent Per Area | Total Recovery Per Area | Total Misc Per Area | Total Charges Per Area | Total Deposit |
|---|------------|-----------|---|-----------|-----------|-----------------|--------------------|------------------------|--------------------|-----------------------|---------------|
| Occupied | 1 | 50.00% | | 1,500 | 42.86% | 30,000.00 | 20.00 | 0.00 | 0.00 | 20.00 | 0.00 |
| Vacant | 1 | 50.00% | | 2,000 | 57.14% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals** | 2 | | | **3,500** | | **30,000.00** | **8.57** | **0.00** | **0.00** | **8.57** | **0.00** |

**Aged Receivables Report**

Detail by Resident
Property: 4958 W Irving Park, Chicago, IL (4958wi
Trans through: 11/2015
Age As of: 11/30/2015

Page 1

| Unit | Resident | Charge Code | Total Unpaid Charges | 0 - 30 days | 31 - 60 days | 61 - 90 days | Over 90 days | Prepayments | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **4958wirv - 4958 W Irving Park, Chicago, IL** | | | | | | | | | |
| 101 | podiatri | Center for Podiatric Medicine | -1,500.00 | 0.00 | 0.00 | 0.00 | -1,500.00 | -4,500.00 | -6,000.00 |
| **Total 4958wirv** | | | **-1,500.00** | **0.00** | **0.00** | **0.00** | **-1,500.00** | **-4,500.00** | **-6,000.00** |
| **Total** | | | **-1,500.00** | **0.00** | **0.00** | **0.00** | **-1,500.00** | **-4,500.00** | **-6,000.00** |

# EXHIBIT C

# Cook County Property Tax and Payment Information

Printed copies of this information may not be used as a tax bill. Payments must be submitted with original tax bill.

**Property Index Number (PIN):**   13-16-428-023-0000

2014 Tax Year Information - Payable in 2015

**Tax Year:** 2014    **Tax Type:** Current Tax    **Volume:** 341    **Classification:** 5-17

## Property Location

4958 W IRVING PARK RD
CHICAGO, IL 60641-2640

To update contact the Cook County Assessor's Office at 312.443.7550.

## Mailing Information

SEVERKO HRYWNAK
50 N MAIN ST
MT PROSPECT, IL 60056-2433

To update your mailing information click here.

## Exemption Information

**Homeowner Exemption:**   NO
**Senior Citizen Exemption:**   NO
**Senior Freeze Exemption:**   NO

If you are entitled to an exemption you did not receive, click here.

To check if you received exemptions on previous tax years, click here.

## Tax Billing Information

| Installment | Tax Amount Billed | Tax Due Date |
|---|---|---|
| 1st | $14,258.91 | 03/03/2015 |
| 2nd | $12,260.11 | 08/03/2015 |

## Tax Payment Information

The balance due, including any penalty, is as of Thursday, December 10, 2015.
Payments processed are posted through Wednesday, December 09, 2015.

| Installment | Total Amount | Tax Amount | Penalty Amount | Last Payment Received | Da |
|---|---|---|---|---|---|
| 1st | $0.00 | $0.00 | $0.00 | $14,258.91 | |
| 2nd | $0.00 | $0.00 | $0.00 | $12,260.11 | |

**BALANCE DUE:**    | **$0.00** |

**Return to PIN Summary**

For Tax Years 2013 and prior, the Cook County Clerk's office can help you with redemption and delinquent inquiries regarding these prior year's taxes.

You may reach the Clerk at:

Main Number: 312.603.5656
You may find frequently asked questions and additional information at the Clerk's Office's website:
http://www.cookcountyclerk.com

# EXHIBIT D

**Billing Statement for Receiver's Fees**                                12/10/2015

| Period | Monthly Fee | | Proration | | Fees Due |
|---|---|---|---|---|---|
| 9/1/15 – 9/30/15 | $1,000.00 | x | 30 / 30 | = | $1,000.00 |
| 10/1/15 – 10/31/15 | $1,000.00 | x | 31 / 31 | = | $1,000.00 |
| 11/1/15 – 11/30/15 | $1,000.00 | x | 30 / 30 | = | $1,000.00 |
| **TOTAL FLAT FEES** | | | | | **$3,000.00** |

**Receiver's Fees:**

    Monthly Receiver Fees        $3,000.00

**Receiver's Expenses:**

    None        $0.00

**Total Amount Due:**    **$3,000.00**