## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| FIRSTMERIT BANK, N.A., | ) |
| Plaintiff, | ) Case No. 1:15-cv-01262 |
| v. | ) |
| SEVERKO HRYWNAK, UNITED STATES OF AMERICA | ) |
| Defendant. | ) |

## NOTICE OF FILING

To: See Attached Service List

PLEASE TAKE NOTICE that on December 10, 2015, the undersigned filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, an **Third Report of the Receiver**, a copy of which is attached hereto and served upon you.

Respectfully submitted,

By:   /s/Kevin V. Hunt

Kevin V. Hunt (ARDC# 6283126)
Stahl Cowen Crowley Addis LLC
55 W. Monroe Street, Suite 1200
Chicago, Illinois 60603
312.641.0060

## CERTIFICATE OF SERVICE

I, Kevin V. Hunt, an attorney, caused to be electronically filed this **Notice of Filing** and **Third Report of the Receiver** on December 10, 2015, by filing same with the Clerk of the Court through the CM/ECF Filing System, and served to the following parties as indicated below and to those via US Mail by depositing same in the US Mail before 5:00 p.m., at 55 W. Monroe St., Chicago, IL 60603.

    /s/ Kevin V. Hunt

[034349.0002/1523950/1]

| | |
|---|---|
| To Be Notified Electronically:<br><br>*Representing Plaintiff FirstMerit Bank, N.A.:*<br><br>Bryan E Minier<br>Pedersen & Houpt<br>161 N. Clark<br>Suite 3100<br>Chicago, IL 60601<br>312 261 2265<br>Email: bminier@pedersenhoupt.com | To Be Notified via US Mail:<br><br>*Representing Defendant Severko Hrywnak.*<br><br>Dr. Severko Hrywnak<br>4106 N. Lavergne Ave.<br>Chicago, IL 60641 |
| To Be Notified Electronically:<br><br>*Representing United States of America:*<br><br>Michael Joseph Kelly<br>United States Attorney's Office (NDIL)<br>219 S. Dearborn<br>Suite 500<br>Chicago, IL 60604<br>(312) 353-5300<br>Email: michael.kelly@usdoj.gov | |